**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 18-100** |
| v. | : | |
| | : | |
| **MICHAEL ROHANA** | : | |

## O R D E R

AND NOW, this_____day of_____, the Court being advised

that the government seeks a continuance of the trial set for February 18, 2020, in the above

captioned matter, on the grounds that three essential witnesses, Wu Haiyun, Shen Maosheng

and Rong Bo are unavailable, due to the current travel ban from China to the United States

imposed by the United States government.  The Court finds that Wu Haiyun, Shen Maosheng

and Rong Bo are essential witnesses who are unavailable to testify at the trial scheduled to

begin on February 18, 2020, pursuant to 18 § 3161(h)(3)(A), and the ends of justice will best be

served by granting a continuance in this matter, pursuant to 18 U.S.C. § 3161(h)(7)(A) and,

therefore, it is hereby

ORDERED

that the time in which defendant is brought to trial is continued until _____.

**BY THE COURT:**

_____

**HONORABLE PETRESE B. TUCKER**
*Judge, United States District Court*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                    :

            v.                              :          CRIMINAL NO.  18-100

MICHAEL ROHANA                              :

### GOVERNMENT'S MOTION FOR CONTINUANCE OF TRIAL
### DUE TO UNAVAILABILITY OF ESSENTIAL WITNESSES

The United States of America, by its undersigned attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and K.T. Newton, Assistant United States Attorney, respectfully requests a continuance in this matter, pursuant to 18 § 3161(h)(3)(A), on the grounds that three essential witnesses from China, Wu Haiyun, Shen Maosheng and Rong Bo, will not be available to testify at the trial scheduled to begin on February 18, 2020, due to the travel restrictions imposed on February 2, 2020, by the United States by a Presidential Proclamation that temporarily suspends entry into the United States of foreign nationals that have been in China within the past 14 days.  In support of this motion, the government avers as follows:

1.      Trial in this matter is scheduled to begin on Tuesday, February 18, 2020.

2.      Government witnesses Wu Haiyun, Shen Maosheng and Rong Bo, are Chinese citizens who reside in China and were scheduled to travel from China to the United States to testify at the trial in this case, but, as a result of the travel restrictions imposed by the Presidential Proclamation of February 2, 2020, these witnesses are currently unable to enter, the United States.

3.      Wu Haiyan is the Project Manager of the Shaanxi Cultural Heritage Promotion Center; Shen Maosheng is the Deputy Director of the Archeological Department of

the Emperor Qin Shi Huang's Mausoleum Site Museum; and Rong Bo is Deputy Director of

the Artifact Conservation and Scientific Research  Organization for Emperor Qinshihuang's

Mausoleum Museum.

        4.    Each of these witnesses are representatives of the victim in this case,

the Chinese government, and are essential witnesses for the government's case, as detailed

below:

    a.  Wu Haiyun, the Project Manager of the Shaanxi Cultural Heritage
Promotion Center, is responsible for the organization and
implementation of overseas exhibits of items from the Emperor Qin
Shi Huang's Mausoleum Site Museum and other museums.  He will
testify about: (1) the procedures, processes and details of the loan of
items for the exhibit at the Franklin Institute and Pacific Science
Center; (2) how items were chosen; (3) the classification of the
items chosen; and (4) the insured value of the items in the exhibit,
including the Cavalryman.  He will also testify about other
locations where the Cavalryman had been exhibited prior to
December 2017.

    b.  Shen Maosheng, the Deputy Director of the Archeological
Department of the Emperor Qin Shi Huang's Mausoleum Site
Museum, is involved in the planning and implementation of the
archeological work for the Mausoleum Site, which dates to the Qin
Dynasty (221 to 206 B.C.).  He will testify about: (1) the history
and importance of the Mausoleum Site of Qin Shi Huang, the first

2

Emperor of China; (2)  the archeological work at that site; (3) the excavation and restoration of the Cavalryman and five other cavalryman terracotta warriors, and associated items, from Pit 2 of the Mausoleum Site between 1976 and 1977; and (4) how it was determined that the Cavalryman and the other items in Pit 2 dated to the Qin Dynasty.

   c. Rong Bo, the Deputy Director of the Artifact Conservation and Scientific Organization for Emperor Qin Shi Huang's Mausoleum Museum, will testify about: (1) the restoration of the Terracotta Warriors; (2) the process for restoring the Terracotta Warriors after excavation by the archeologists; (3) his physicial and documentary evaluation of the Cavalryman in 2016-2017 before it was loaned to the Franklin Institute and Pacific Science Center exhibit; and (4) his examination of the Cavalryman and Cavalryman Thumb in March 2018 after the stolen Cavalryman Thumb was recovered.

   5.    The testimony of these witnesses is essential to the government's case as this testimony establishes the cultural importance, significance, age, provenance and authenticity of the Cavalryman and the Cavalryman Thumb, as well as the basis for the insured value of the Cavalryman, all of which are directly relevant to establish that the stolen Cavalryman Thumb is an "object of cultural heritage" under 18 U.S.C. § 668(a)(2), an essential element of the crimes with which defendant Michael Rohana has been charged.  In addition, these witnesses are the representatives of the Chinese government, the victim in this case, and it is important that the jury has the opportunity to hear from these representatives of the victim.

## **CONCLUSION**

For the reasons stated above, the government respectfully requests that the trial in this matter be continued from February 18, 2020, pursuant to 18 § 3161(h)(3)(A), due to the unavailability of essential witnesses Wu Haiyun, Shen Maosheng and Rong Bo and on the grounds that the ends of justice will best be served by granting a continuance in this matter, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

WILLIAM M. McSWAIN
United States Attorney
Eastern District of Pennsylvania


*K.T. Newton*

K.T. NEWTON
Assistant United States Attorney

Dated: February 5, 2020

4

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record for the defendant.

Catherine Henry, Esquire
Nancy MacEoin, Esquire

*K.T. Newton*
K.T. NEWTON
Assistant United States Attorney

Dated:  February 5, 2020