```
 1                    UNITED STATES DISTRICT COURT

 2                   EASTERN DISTRICT OF PENNSYLVANIA

 3                            -   -   -

 4      UNITED STATES OF AMERICA        :   CRIMINAL DOCKET FOR CASE
                                        :   NO. 2-18-CR-00100-PTB-1
 5              -VS-                     :
                                        :
 6      MICHAEL ROHANA                  :

 7                            -   -   -

 8                        PHILADELPHIA, PA.
                          APRIL 4, 2019
 9
                 BEFORE HONORABLE JUDGE PETRESE B. TUCKER
10
                          TRIAL - DAY 4
11

12

13      APPEARANCES:

14

        FOR THE GOVERNMENT:   U.S. ATTORNEY'S OFFICE
15                            BY:  K.T. NEWTON, AUSA
                              615 CHESTNUT STREET, SUITE 1250
16                            PHILADELPHIA, PA 19106

17

18

19

20

21                        LYNN MCCLOSKEY, RPR
                          OFFICIAL COURT REPORTER
22                          1234 US COURTHOUSE
                            601 MARKET STREET
23                        PHILADELPHIA, PA 19106
                            (856) 649-4774
24

25
```

1    BE ABLE TO ACCOMPLISH TODAY BUT WE WOULD LIKE TO, IF THE

2    SCHEDULE PERMITS, ADDRESS THE JURY ISSUE TODAY BEFORE WE

3    DO CLOSING STATEMENTS.

4                    THE COURT:  VERY WELL.

5                    MS. MACEOIN:  THANK YOU.

6                    THE COURT:  WE CAN BRING THE JURY IN.

7                    (JURY IN.)

8                    THE COURT:  I UNDERSTAND IT'S NICE

9    OUTSIDE.  YOU MAY BE SEATED.

10                    MS. MACEOIN.

11                    MS. MACEOIN:  THANK YOU, YOUR HONOR.  THE

12   DEFENSE CALLS LARK E. MASON.

13                    THE DEPUTY CLERK:  PLEASE RAISE YOUR

14   RIGHT HAND AND REMAIN STANDING.

15                    (LARK MASON, DEFENSE WITNESS, SWORN.)

16                    THE DEPUTY CLERK:  CAN YOU STATE AND

17   SPELL YOUR NAME PLEASE?

18                    THE WITNESS:  LARK, L-A-R-K.  MIDDLE

19   INITIAL E.  LAST NAME MASON, M-A-S-O-N.

20                    DIRECT EXAMINATION

21   BY MS. MACEOIN:

22   Q.    GOOD AFTERNOON, MR. MASON.

23   A.    HI.

24   Q.    HI.  CAN YOU PLEASE INTRODUCE YOURSELF TO THE

25   JURY INCLUDING WHAT YOUR CURRENT OCCUPATION IS?

1    A.      I AM A CHINESE ART SPECIALIST.  BUT I AM ALSO A

2    GENERALIST ACROSS A VARIETY OF DIFFERENT FIELDS.  I HAVE

3    BEEN IN THE ART AND ANTIQUE BUSINESS FOR OVER 40 YEARS

4    AND SPECIFICALLY IN THE CHINESE ART BUSINESS SINCE 1986.

5    AND I AM THE OWNER OF AN ART AUCTION HOUSE, LARK MASON

6    ASSOCIATES, AN AUCTION PLATFORM CALLED

7    IGAVELAUCTIONS.COM, AND I HAVE AN ART ADVISORY BUSINESS,

8    LARK MASON ART ADVISORY.  AND I AM ENGAGED DAILY IN THE

9    VALUATION OF WORKS OF ART OF ALL DIFFERENT TYPES.

10   Q.      DO YOU HAVE ANY CURRENT POSITIONS OR FORMER

11   POSITIONS TEACHING?

12   A.      I DO.  I HAVE TAUGHT FOR MANY YEARS -- ALTHOUGH

13   NOT NOW, I HAVE RETIRED FROM NEW YORK UNIVERSITY AS AN

14   ADJUNCT PROFESSOR.  BUT I TAUGHT CLASSES THERE RANGING

15   FROM WESTERN ART HISTORY TO CHINESE ART.  SEMINARS AND

16   MORE RECENTLY OVER THE LAST DECADE, ART AUCTIONS AND

17   MARKET.  I HAVE TAUGHT AT PARSONS SCHOOL OF DESIGN.

18   I'VE TAUGHT AT NEW YORK SCHOOL OF INTERIOR DESIGN.  I

19   HAVE TAUGHT AT A LOT OF DIFFERENT INSTITUTIONS AROUND

20   THE COUNTRY AND GIVEN TALKS AT A LOT OF MUSEUMS AND

21   OTHER LOCATIONS.  I TEACH COURSES FOR THE APPRAISERS

22   ASSOCIATION OF AMERICA AND HAVE BEEN VERY INVOLVED IN

23   EDUCATION FOR A LONG TIME.

24   Q.      ARE YOU A CURRENT MEMBER OF THE APPRAISERS

25   ASSOCIATION OF AMERICA?

1      A.        I AM. I AM THE FIRST VICE PRESIDENT OF THE

2      ASSOCIATION.

3      Q.        AND HOW LONG HAVE YOU BEEN A MEMBER OF THE

4      APPRAISERS ASSOCIATION OF AMERICA?

5      A.        OH, GOSH.  I DON'T EVEN KNOW, OVER TEN YEARS.

6      Q.        AND ARE YOU FAMILIAR WITH WHAT I AM GOING TO

7      TERM USPAP?

8      A.        I AM.  UNIFORM STANDARDS OF PROFESSIONAL

9      APPRAISAL PRACTICE.

10     Q.        THANK YOU.

11                   MS. MACEOIN:  YOUR HONOR, I

12     PROFFER -- OH, THERE'S A COUPLE OF OTHER THINGS I WANT

13     TO ASK YOU.

14     BY MS. MACEOIN:

15     Q.        I UNDERSTAND TOO, THAT YOU WERE ON THE SHOW

16     ANTIQUES ROADSHOW; IS THAT CORRECT?

17     A.        I HAVE BEEN ON IT SINCE THE SERIES INCEPTION IN

18     1986 AND WE BEGIN FILMING AGAIN IN APRIL.

19     Q.        AND FOR MEMBERS OF THE JURY THAT DON'T KNOW, CAN

20     YOU BRIEFLY DESCRIBE THAT SHOW?

21     A.        IT'S THE TOP-RATED TELEVISION SHOW ON PBS AND

22     HAS BEEN FOR MANY, MANY YEARS.  AND IT DEALS WITH PEOPLE

23     WHO OWN WORKS OF ART AND ARE TRYING TO FIGURE OUT WHAT

24     THEY ARE.  SO WE HELP DEMYSTIFY THAT FOR THE AVERAGE

25     PERSON.  AND WE TRAVEL AROUND THE COUNTRY AND WE HOST

1    EVENTS AT DIFFERENT LOCATIONS.

2    Q.      AND HAVE YOU, IN YOUR PROFESSIONAL CAPACITY,

3    EVER BEEN CONTACTED OR CONSULTED BY EITHER THE FBI OR

4    OTHER GOVERNMENT ENTITIES FOR YOUR EXPERTISE IN THIS

5    AREA?

6    A.      YES.

7    Q.      THANK YOU.

8                    MS. MACEOIN:  YOUR HONOR, I PROFFER LARK

9    E MASON AS AN EXPERT IN CHINESE -- APPRAISALS OF CHINESE

10   ART.

11                   THE COURT:  ANY QUESTIONS?

12                   MS. NEWTON:  NO, YOUR HONOR.  NO

13   OBJECTION.

14                   THE COURT:  THE COURT WILL ACCEPT HIM AS

15   AN EXPERT.

16                   MS. MACEOIN:  THANK YOU.

17   BY MS. MACEOIN:

18   Q.      MR. MASON, ARE YOU FAMILIAR WITH THE TERRACOTTA

19   WARRIORS OF THE FIRST EMPEROR?

20   A.      YES.

21   Q.      AND CAN YOU BRIEFLY EXPLAIN, BRIEFLY, WHAT THE

22   MAGNITUDE OF THAT SITE IS?

23   A.      IT'S ONE OF THE MOST IMPORTANT HISTORIC SITES IN

24   CHINA AND IT INVOLVES THOUSANDS OF FIGURES THAT WERE

25   CREATED FOR THE EMPEROR QIN SHI HUANG IN THE SECOND

1    CENTURY B.C.  YOU HAVE THE MAUSOLEUM AND THEN YOU HAVE

2    DIFFERENT PITS THAT ARE COMPOSED OF GUARDIAN FIGURES

3    THAT ARE OVER LIFE-SIZE, MADE IN TERRACOTTA, AND THEY

4    HAVE INDIVIDUALIZED FEATURES, BUT THEY WERE PRINCIPALLY

5    MADE IN MOLDS.

6    Q.      HAVE YOU BEEN TO THE SITE IN XI'AN?

7    A.      I HAVE.  I HAVE BEEN TWICE, BOTH TIMES

8    PROFESSIONALLY.  THE FIRST TIME WAS THROUGH MY COMPANY

9    THAT EMPLOYED ME, SOTHEBY'S, WHERE I WORKED FOR ALMOST

10   25 YEARS.  AND THE SECOND TIME WAS PART OF MORE OF AN

11   OFFICIAL DELEGATION, WHERE I WAS HOSTED BY THE -- I

12   THINK IT WAS THE CULTURAL RELICS BUREAU OF SHAANXI AND

13   THE XI'AN GROUP.  SO I ACTUALLY HAD AN OFFICIAL PHOTO

14   TAKEN AT A PLATFORM THAT WAS DOWN IN ONE OF THE PITS

15   WITH ALL OF THE SENIOR MEMBERS OF THAT GROUP.  AND THAT

16   WAS IN THE EARLY 90'S.

17   Q.      THANK YOU.  NOW, YOU ARE FAMILIAR WITH THIS

18   CASE, CORRECT?  WITH THE UNITED STATES VERSUS MICHAEL

19   ROHANA, CORRECT?

20   A.      I AM.

21   Q.      OKAY.  AND YOU WERE CONTACTED BY ME AND MY

22   OFFICE TO RETAIN YOUR SERVICES, CORRECT?

23   A.      YES.

24   Q.      AND WHAT IS THE HOURLY RATE THAT YOU ARE

25   CONTRACTED WITH MY OFFICE?

1    A.        IT'S $350 AN HOUR.

2    Q.        IS THAT YOUR STANDARD RATE FOR THESE TYPES OF

3    APPRAISALS?

4    A.        IT IS.

5    Q.        THANK YOU.  AND YOU DID REVIEW SOME

6    DOCUMENTATION AT OUR REQUEST AND YOU DRAFTED A REPORT;

7    IS THAT CORRECT?

8    A.        I DID.

9              MS. MACEOIN:  I WOULD LIKE TO MARK AS

10   DEFENSE EXHIBIT NUMBER 18 THE FAIR MARKET VALUE

11   APPRAISAL REPORT FOR THE TERRACOTTA CAVALRY THUMB,

12   DRAFTED BY LARK MASON.

13             AND WITH PERMISSION, IF I COULD JUST SHOW

14   IT TO THE WITNESS AND TO BRING IT UP ON THE SCREEN FOR

15   HIM.

16   BY MS. MACEOIN:

17   Q.        DO YOU HAVE A COPY OF YOUR REPORT, MR. MASON?

18   A.        I DO HERE.  SHOULD I OPEN IT?

19   Q.        YOU CAN EITHER REFER TO THE SCREEN OR IF IT IS

20   EASIER TO REFER TO THE HARD COPY.

21             IS THIS IS THE COVER PAGE OF YOUR REPORT?

22   A.        YES, IT IS.  I MAY DO THE COPY BECAUSE I CAN'T

23   SEE AS CLEARLY.

24   Q.        WHICHEVER IS EASIER.

25   A.        OKAY.

1    Q.        AND THIS IS A REPORT THAT IS APPROXIMATELY 22

2    PAGES LONG; IS THAT CORRECT?

3    A.        YES, THAT'S TRUE.

4    Q.        AND IN THIS REPORT, WHAT WAS IT -- WHAT WAS THE

5    PURPOSE OF THIS REPORT FROM YOUR UNDERSTANDING WITH

6    CONTRACTING WITH MY OFFICE?

7    A.        IT WAS TO DETERMINE THE VALUE OF THE THUMB WHICH

8    CAME FROM ONE OF THE CAVALRYMAN FIGURES --

9    Q.        OKAY.

10   A.        -- IN THE TERRACOTTA ARMY.

11   Q.        IN THIS REPORT ON PAGE 10, YOU TALK ABOUT THE

12   FAIR MARKET VALUE OR THE MARKET VALUE OF THIS THUMB,

13   CORRECT?

14   A.        YES.

15   Q.        OKAY.

16   A.        I GO THROUGH THE BASIS OF HOW THAT IS

17   DETERMINED.

18   Q.        SO BEFORE WE GET THERE, YOU ARE AWARE THAT IT'S

19   ILLEGAL TO POSSESS OR OWN OR SELL ANY PART OF A

20   TERRACOTTA WARRIOR; IS THAT CORRECT?

21   A.        YES.

22   Q.        SO WHEN YOU TALK ABOUT FAIR MARKET VALUE, IS IT

23   POSSIBLE THAT ANY PART OF A TERRACOTTA WARRIOR COULD BE

24   SOLD IN THE UNITED STATES?

25   A.        NO.

1    Q.      SO I WOULD LIKE TO SHOW YOU A COUPLE OF

2    PHOTOGRAPHS.

3              MS. MACEOIN:  IF WE CAN BRING UP D 0075

4    JUST FOR THE WITNESS, PLEASE.

5    BY MS. MACEOIN:

6    Q.      DO YOU RECOGNIZE THAT?

7    A.      I DO.

8    Q.      OKAY.

9              MS. MACEOIN:  AND CAN WE SHOW THAT TO THE

10   JURY?  I'M SORRY, TO MARK -- I WOULD RESPECTFULLY LIKE

11   TO MARK AND MOVE THIS PHOTOGRAPH AS D 18 AND SHOW IT TO

12   THE JURY?

13             THE COURT:  IT'S ALREADY MARKED.

14             MS. MACEOIN:  OH, IT'S ALREADY D 16, MY

15   APOLOGIES.

16             WILL YOU PUBLISH THAT TO THE JURY?

17   BY MS. MACEOIN:

18   Q.      DO YOU RECOGNIZE THIS ITEM?

19   A.      I DO.

20   Q.      WHAT IS IT?

21   A.      IT'S THE DIGIT, THE THUMB THAT WAS TAKEN.

22   Q.      FROM?

23   A.      FROM THE TERRACOTTA FIGURE, THE CAVALRYMAN.

24   Q.      AND YOUR SERVICES WERE RETAINED EVALUATE THE

25   FAIR MARKET VALUE OF THAT, CORRECT?

1    A.      YES.

2    Q.      I WOULD LIKE TO SHOW YOU A FEW OTHER

3    PHOTOGRAPHS.

4                CAN WE BRING UP WHAT HAS BEEN PREVIOUSLY

5    BEEN MARKED AS GOVERNMENT EXHIBIT 14, WHICH IS 0052.

6    BY MS. MACEOIN:

7    Q.      IT WILL BE ON THE SCREEN IN FRONT OF YOU.

8                DO YOU RECOGNIZE THAT IMAGE?

9    A.      I DO.

10   Q.      IS THAT THE CAVALRYMAN?

11   A.      YES.

12   Q.      OKAY.  LOOKING AT THAT PHOTOGRAPH, AND KNOWING

13   YOUR -- FIRST OF ALL, WHAT IS YOUR UNDERSTANDING OF THE

14   CONDITION OF ALL OF THE ITEMS FOUND IN THE TOMBS IN

15   XI'AN?

16   A.      WELL, THEY WERE FRAGMENTARY BECAUSE OF

17   CONSTRUCTION OF THE TOMB WAS SUCH THAT IT EMPLOYED

18   ORGANIC MATERIAL, WOOD BEAMS.  I MEAN, IT WAS BASICALLY

19   A HOUSE THAT WAS SUBTERRANEAN, ON WHICH ON THE TOP WAS A

20   TILE ROOF.  AND OVER TIME, THERE IS ALWAYS INCURSIONS OF

21   WATER AND OTHER THINGS THAT HAPPEN, AND WHEN THE ROOF

22   COLLAPSES, THAT FALLS UPON THE TERRACOTTA -- IN THIS

23   CASE FIGURES, BUT WHATEVER HAPPENS TO BE IN THERE.  AND

24   THOSE ARE OFTEN VERY BROKEN.  IN FACT, THE VAST MAJORITY

25   OF THE TIME THEY ARE BROKEN AND FRAGMENTARY AND IN MANY

1      CASES COMPLETELY DESTROYED.

2      Q.      AND THIS PARTICULAR -- LOOKING AT THIS IMAGE

3      HERE, AND I HAVE OTHER PHOTOGRAPHS TO SHOW YOU AS WELL,

4      CAN YOU TELL FROM LOOKING AT THIS WHETHER THIS HAS BEEN

5      REPAIRED OR RESTORED?

6      A.      WELL, I HAVE A DISTINCTION BETWEEN REPAIRED AND

7      RESTORED.  SO THE DISTINCTION IS, RESTORATION IS

8      RETURNING SOMETHING BACK TO THE ORIGINAL APPEARANCE,

9      WHICH INTRODUCES NEW MATERIAL IN THAT PROCESS.  REPAIR

10     IS USING THE ORIGINAL MATERIAL THAT'S THERE TO JUST

11     INTERLOCK IT AGAIN.  SO IT'S JUST USING AN ADHESIVE THAT

12     TIES IT TOGETHER.

13     Q.      SO FOR A LAYMAN'S PURPOSE, USING GLUE OR AN

14     ADHESIVE TO PUT SOMETHING BACK ON IS A REPAIR?

15     A.      IS A REPAIR.

16     Q.      AND IS IT --

17     A.      AND THIS IS A COMMONLY-USED KIND OF

18     UNDERSTANDING DEFINITION WITHIN THE MARKET.

19     Q.      CAN YOU, LOOKING AT THAT IMAGE ON YOUR SCREEN,

20     TELL WHETHER THERE HAS BEEN EITHER ANY RESTORATION OR

21     REPAIR TO THE CAVALRYMAN?

22     A.      I SEE WHAT APPEARS TO BE A LOT OF RESTORATION,

23     WHERE THERE IS SOME BIG JAGGED SECTIONS THROUGH THE

24     SKIRT, THE LOWER PART OF THE ARMOR.

25     Q.      I AM GOING TO SHOW YOU A DIFFERENT PICTURE HERE.

1    A.        AND ABOVE THE KNEES, AND LOWER LEGS.

2    THERE'S -- ANY TIME YOU SEE THIS DISCOLORED MATERIAL.

3    WHAT HAPPENS IS YOU MAY START OUT WITH THE SAME KIND OF

4    CLAY BUT IT AGES DIFFERENTLY IN TERMS OF HOW SUNLIGHT

5    AND HEAT AND EVERYTHING ELSE AFFECTS IT.  SO EVENTUALLY,

6    EVEN THOUGH YOU START OUT MAKING IT LOOK THE SAME, IT

7    TURNS A DIFFERENT COLOR OVER TIME TYPICALLY, AND THAT'S

8    WHY IT BECOMES APPARENT.  AND THESE FIGURES WERE

9    RESTORED AND REPAIRED OVER A LONG PERIOD OF TIME.  SO A

10   LOT OF THIS IS BECOMING MORE VISIBLE.

11   Q.        THANK YOU.

12             MS. MACEOIN:  THIS -- I WOULD LIKE TO

13   SHOW WHAT IS D -- WHAT HAS BEEN PREVIOUSLY MARKED AS

14   GOVERNMENT EXHIBIT 9, WHICH FOR US IS D 129.

15             ANOTHER IMAGE WILL APPEAR ON YOUR SCREEN.

16   BY MS. MACEOIN:

17   Q.        DO YOU RECOGNIZE THAT?

18   A.        YES.

19   Q.        OKAY.  CAN YOU POINT OUT IN THAT PICTURE, FOR

20   THE JURY, AREAS WHERE IT IS EVIDENT THAT'S THERE HAS

21   BEEN RESTORATION OR REPAIR?

22   A.        YEAH.  THROUGH THE LOWER SKIRT WHERE YOU HAVE

23   THE PLEATS, YOU CAN SEE THIS KIND OF STYLIZED Y THAT

24   STARTS AT THE MIDSECTION AND GOES ACROSS AND THEN IT

25   CURVES UP TOWARD THE BELT.  AND ON THE FAR END OF THE Y

1    AT THE POINT GO DOWN ON THE SIDE, YOU CAN SEE THAT

2    THERE'S QUITE A LOT OF MATERIAL THAT IS DISCOLORED.

3    THAT LOOKS TO ME TO BE INDICATIONS OF FRAGMENTARY PIECES

4    THAT WERE PUT BACK TOGETHER.

5                    UNDERNEATH THAT Y, WHERE IT GOES DOWN TO

6    FORM THE BOTTOM OF THE FORK, THERE IS ALSO SUBSIDIARY

7    KIND OF AREAS THAT LOOP UP AND GO STRAIGHT ACROSS AND

8    JAGGED GOING DOWN WITHIN THE Y ITSELF.  ABOVE THAT,

9    THERE IS DISCOLORATION THAT TO ME WOULD INDICATE THAT

10   THERE IS LIKELY INTRODUCTION OF, YOU KNOW, SOME SORT OF

11   NEW MATERIAL, FILL MATERIAL.

12                   SO IT'S USUALLY A COMBINATION OF

13   RESTORATION AND REPAIR WHEN YOU HAVE SOMETHING THAT HAS

14   HAD TRAUMATIC DAMAGE TO IT.

15   Q.       AND IS THERE ANYTHING ON THE ARM OF THE WARRIOR

16   THAT INDICATES ANYTHING TO YOU IN THAT PHOTOGRAPH?

17   A.       AGAIN, YOU CAN SEE ON THE PROPER LEFT ARM,

18   PROPER MEANS AS I WOULD BE THE WARRIOR.

19   Q.       RIGHT.

20   A.       RIGHT.  SO THE PROPER LEFT ARM, YOU CAN SEE THAT

21   DISCOLORED AREA GOING STRAIGHT DOWN, THAT KIND OF A TAN

22   COLOR, THAT'S VERY LIKELY FILL MATERIAL.  THERE VERY

23   LIKELY IS FILL MATERIAL THROUGH THE MIDBODY, WHERE THE

24   ARMOR PLATES ARE.  YOU CAN SEE A LOT OF DISCOLORED

25   AREAS.  AND ON THE PROPER RIGHT ARM, SIMILAR KIND OF

1    PATCHINESS THAT USUALLY INDICATES -- AND THERE IS ALSO

2    SOME KIND OF SMOOTHNESS TO THE MODELING THAT USUALLY

3    INDICATES THAT THERE HAS BEEN RESTORATION.

4    Q.    I AM GOING TO SHOW YOU ONE OTHER PHOTOGRAPH OF

5    THIS STATUE.

6              MS. MACEOIN:  THIS HAS NOT PREVIOUSLY

7    BEEN INTRODUCED.

8              CAN YOU PLEASE SHOW TO THE WITNESS, D 71.

9    BY MS. MACEOIN:

10   Q.    IS THERE AN IMAGE THERE ON THE SCREEN?

11   A.    YES.

12   Q.    AND DO YOU RECOGNIZE THIS IMAGE?

13   A.    YES.

14   Q.    IS THIS THE TERRACOTTA WARRIOR -- I'M SORRY, THE

15   CAVALRYMAN AND THE HORSE?

16   A.    YES.

17              MS. MACEOIN:  I WOULD LIKE PERMISSION TO

18   PUBLISH THIS TO THE JURY AS D 19, YOUR HONOR.

19              THE COURT:  YES.

20              (DEFENSE EXHIBIT 19 ADMITTED INTO

21   EVIDENCE.)

22   BY MS. MACEOIN:

23   Q.    AND HERE WE HAVE A DIFFERENT ANGLE.

24              IS THERE ANYTHING ON THE HORSE THAT

25   INDICATES SOME SORT OF REPAIR OR RESTORATION?

1    A.        YEAH.   YEAH.   IT HAS BEEN OFF AT THE NECK.   IT

2    LOOKS LIKE HALF OF THE HORSE HEAD, RIGHT BETWEEN THE

3    EYES AND THE NOSTRIL, HAS BEEN BROKEN IN HALF.   AGAIN,

4    THIS IS A VISUAL.   IF I WAS HANDLING IT AND WORKING WITH

5    IT I WOULD BE ABLE TO GIVE YOU A VERY DEFINITIVE REPORT.

6    Q.        CERTAINLY.

7    A.        SO THIS IS JUST FROM A TRAINED EYE.   AND THEN

8    BELOW THAT, GOING FROM THE NECK DOWN THROUGH THE

9    MUSCULAR PART OF THE FRONT LEGS, THERE SEEMS TO HAVE

10   BEEN A NUMBER OF FRAGMENTS THERE.

11   Q.        THANK YOU.   NOW, ALL OF THESE ITEMS, BURIAL

12   ITEMS, ARE COMMONLY REFERRED TO AS MINGQI?

13   A.        MINGQI, YES.   SPIRIT OBJECTS.

14   Q.        AND SO COULD YOU EXPLAIN TO THE LADIES AND

15   GENTLEMEN OF THE JURY, WHAT IS THE DIFFERENCE BETWEEN

16   MINGQI AND OBJECTS WHICH ARE MEANT TO BE VENERATED?

17   A.        WELL, MINGQI WERE MEANT TO CONVEY THE ESSENCE OF

18   THOSE OBJECTS WITH THE DECEASED PERSON TO THE NEXT

19   WORLD.   SO EARLY IN CHINESE HISTORY, AND AS IN A LOT OF

20   CULTURES, WHAT THEY WOULD ACTUALLY DO IS PUT LIVING

21   ANIMALS AND THEY WOULD PUT THEIR RETAINERS AND THEIR

22   WIVES WOULD ALL GO INTO THE TOMB, WHETHER THEY WANTED TO

23   GO IN THE TOMB OR NOT.   AND PEOPLE DIDN'T -- EVENTUALLY

24   DECIDED THAT WAS A TERRIBLE IDEA.   WHY DON'T WE

25   REPRESENT THOSE PEOPLE, THE SERVANTS, THE ANIMALS, THOSE

1    THINGS IN CLAY INSTEAD OF THE ACTUAL OBJECTS?  AND SO

2    IT'S BECAUSE IT'S THE ESSENCE THAT GOES INTO THE TOMB

3    THAT GOES TO THE NEXT WORLD.  IT'S NOT THE ACTUAL

4    PHYSICAL THING THAT GOES INTO THE TOMB.

5    Q.     AND IS XI'AN THE ONLY SITE THAT THERE IS A

6    BURIAL TOMB IN CHINA?

7    A.     NO.  THERE ARE TOMBS ALL THROUGHOUT CHINA AND,

8    YOU KNOW, I DON'T KNOW THAT ANYBODY HAS ESTIMATED

9    EXACTLY HOW MANY, BUT CHINA HAD HUNDREDS AND MILLIONS OF

10   PEOPLE DURING THE MING DYNASTY AND EARLIER DYNASTIES.

11   THERE WERE LITERALLY MILLIONS OF PEOPLE, SO THEY HAD A

12   VERY LARGE RULING CLASS AND ALL OF THESE PEOPLE BELIEVED

13   THAT THERE WAS ANOTHER WORLD AFTER THIS WORLD AND

14   THEIR -- THEY AND THEIR RELATIVES WANTED TO ENSURE THAT

15   THEY WERE PROPERLY CARED FOR IN THE NEXT WORLD.  SO THEY

16   WOULD HAVE TOMBS.  AND SOME OF THE TOMBS ARE QUITE SMALL

17   AND SOME ARE ENORMOUS.  I MEAN, SOME OF THEM ARE

18   LITERALLY UNDERGROUND PALACES.

19   Q.     CAN YOU EXPLAIN TO THE JURY WHAT THE DIFFERENCE

20   IS THEN BETWEEN THESE BURIAL ITEMS AND ITEMS THAT WERE

21   MEANT FOR VENERATION IN THE LIVING WORLD?

22   A.     SO, YOU KNOW, WE COMMONLY REFER TO ITEMS THAT

23   ARE MADE FOR THE LIVING THAT HAVE A SPIRITUAL

24   SIGNIFICANCE OR RITUAL SIGNIFICANCE, AS OBJECTS OF

25   DEVOTION.  AND THOSE OBJECTS OF DEVOTION TYPICALLY ARE

```
1     MEANT TO BE THINGS THAT ARE RESILIENT, AND THEY ARE

2     USUALLY MADE OF BRONZE.  IF YOU WANT SOMETHING THAT IS

3     REALLY HIGH-QUALITY AND GOING TO BE LASTING FOR

4     GENERATIONS, IT WILL BE IN A TEMPLE THAT IS GOING TO BE

5     POTENTIALLY HANDLED, SO YOU WANT IT TO BE SOMETHING THAT

6     IS NOT GOING TO BE EASILY BROKEN OR DESTROYED.  SO YOU

7     WILL MAKE IT OF METAL.  IT MIGHT BE OF PORCELAIN, WHICH

8     IS ALSO A DIFFERENT KIND OF CLAY.  IT IS FIRED VERY HIGH

9     SO IT FUSES TOGETHER LIKE GLASS, SO IT IS SOLID.  YOU

10    KNOW, PORCELAIN CAN GET DAMAGED BUT IT IS NOT LIKE

11    POTTERY, WHICH IS AT THE LOWER END, WHICH IS UNFIRED.

12    WE WOULD SAY IT'S NOT FUSED TOGETHER.  IT'S POROUS.

13    JUST THINK OF A FLOWER POT.  HOW FLOWER POTS, YOU LEAVE

14    THEM OUT DURING THE WINTER AND IF YOU HAVE WATER IN IT

15    AND IT GETS COLD AND HOT, OFTEN AT THE END OF THE WINTER

16    YOU HAVE A BROKEN FLOWER POT.  SAME WITH THE POTTERY.

17                 WITH THE MINGQI, THERE WAS -- THE INTENT

18    WAS FOR THE TRANSFER OF THE ESSENCE OF THAT OBJECT TO

19    THE NEXT WORLD.  IT WAS NOT INTENDED FOR THE LIVING.

20    THIS HAD NO MEANING FOR LIVING PEOPLE BECAUSE NO LIVING

21    PEOPLE WOULD EVER SEE THEM.  IT WAS MADE FOR THE TOMB,

22    WENT INTO THE TOMB.  THAT WAS IT.  AND OBJECTS OF

23    DEVOTION WERE NOT MADE FOR THE TOMB.  THEY WERE MADE FOR

24    LIVING PEOPLE TO INTERACT WITH THOSE.  SO IT --

25    COMPLETELY DIFFERENT PURPOSE.
```

1    Q.        ARE YOU FAMILIAR WITH THE NAME MICHAEL COHN?

2    A.        YES.

3    Q.        AND IS HE ALSO AN ART APPRAISER?

4    A.        YES.

5    Q.        HAVE YOU EVER WORKED WITH HIM PROFESSIONALLY?

6    A.        I HAVE, MANY TIMES.

7    Q.        ARE YOU FAMILIAR THAT HE BOTH WROTE TWO REPORTS

8    AND TESTIFIED IN THIS CASE?

9    A.        I AM.

10   Q.        ARE YOU FAMILIAR WITH HIS REPORTS HE AUTHORED?

11   A.        I AM.

12   Q.        AND HAVE YOU --

13             MS. NEWTON:  OBJECTION, YOUR HONOR.  MAY

14   WE SEE YOU AT SIDEBAR?

15             (SIDEBAR DISCUSSION BEGINS.)

16             MS. NEWTON:  YOUR HONOR, WE RECEIVED AN

17   EXPERT REPORT FROM MR. LARK MASON LITERALLY LESS THAN A

18   WEEK BEFORE TRIAL.  NOTHING IN THAT REPORT REFERS TO HIS

19   REVIEW OR ANYTHING ABOUT MICHAEL COHN'S REPORT.  I

20   BELIEVE THIS IS IMPROPER.  THEY HAVE PRESENTED HIM AS AN

21   EXPERT IN A PARTICULAR AREA TO GIVE HIS REPORT AND THIS

22   IS NOT WHAT HE WAS PRESENTED FOR.

23             MS. MACEOIN:  YOUR HONOR, I AM

24   HIGHLIGHTING COMPARISONS BETWEEN THE ITEMS THAT MR. COHN

25   USED AS COMPARABLE ITEMS THAT MR. MASON USED AS

1    COMPARABLES, AND I THINK THAT IS INFORMATIVE TO THE JURY

2    ABOUT WHY THEY CAME UP WITH THE DIFFERENT NUMBERS.

3                 THE COURT:  CAN'T YOU JUST DO THAT BY

4    GOING OVER HIS REPORT?

5                 MS. MACEOIN:  I WILL DO THAT, YOUR HONOR.

6                 (SIDEBAR ENDED.)

7    BY MS. MACEOIN:

8    Q.     MR. MASON, LET'S LOOK AT YOUR REPORT.

9    A.     OKAY.

10   Q.     I WOULD LIKE TO TURN TO PAGE 9.

11   A.     OKAY.

12   Q.     IN THIS YOU HAVE -- THE SECTION HERE IS CALLED

13   DESCRIPTION OF PROPERTY, CORRECT?

14   A.     YES.

15   Q.     AND IS THIS THE DESCRIPTION OF THE ITEM THAT YOU

16   WERE HIRED TO EVALUATE, CORRECT?

17   A.     YES.

18   Q.     OKAY.

19   A.     THE DIGIT.

20   Q.     BRIEFLY, BEFORE WE GET THERE.  WHAT TYPES OF

21   DOCUMENTS DID YOU REVIEW BEFORE YOU MADE THIS APPRAISAL

22   REPORT?

23   A.     WELL, ALL OF THE DOCUMENTS THAT WERE SUPPLIED BY

24   YOUR OFFICE, WHICH INCLUDED IMAGES, INCLUDED THE CHINESE

25   REPORT, WHICH I FORGET THE NAME OF THAT ESTABLISHED THE

 1     VALUE.  IT WAS STATEMENT -- IT INCLUDED STATEMENTS FROM

 2     OTHER SPECIALISTS AND I GUESS, INVESTIGATIVE PERSONNEL,

 3     PEOPLE THAT ARE PROFESSIONALS IN SOME CAPACITY, THAT

 4     WERE EXAMINING THE OBJECT AND DESCRIBING THE SITUATION

 5     AT THE SCENE AND POST-SITUATION AND SO ON.  SO I WENT

 6     THROUGH ALL OF THOSE.

 7                    MS. MACEOIN:  YOUR HONOR, IF I CAN JUST

 8     ASK MY PARALEGAL SOMETHING VERY QUICKLY.

 9                    THE COURT:  YES.

10                    (BRIEF PAUSE IN THE PROCEEDING.)

11     BY MS. MACEOIN:

12     Q.     I AM GOING TO DIRECT YOUR ATTENTION TO PAGE 9 OF

13     YOUR REPORT.

14     A.     OKAY.

15                    MS. MACEOIN:  YOUR HONOR, THIS HAS BEEN

16     MOVED INTO EVIDENCE AND ONCE MY PARALEGAL PULLS IT UP.

17                    THE COURT:  IT'S UP.

18                    MS. MACEOIN:  IS IT READY?  THERE WE GO.

19     BY MS. MACEOIN:

20     Q.     DO YOU SEE ON THAT SCREEN THERE?  IS THAT PAGE 9

21     OF YOUR REPORT?

22     A.     YES, IT IS.

23                    MS. MACEOIN:  OKAY.  IF WE COULD PUBLISH

24     THAT TO THE JURY.

25     BY MS. MACEOIN:

1                    OKAY.  SO THESE ARE THREE OF THE IMAGES

2       THAT WERE SENT TO YOU, CORRECT?

3       A.      YES.

4       Q.      SAFE TO SAY THE TOP ONE IS THE THUMB?

5       A.      YES.

6       Q.      OKAY.  AND THEN THE OTHER TWO ARE THE HAND,

7       CORRECT?

8       A.      YES.

9       Q.      AND IT LOOKS LIKE THE MIDDLE ONE IS AFTER THE

10      BREAK AND THE BOTTOM ONE IS BEFORE?

11      A.      YES.

12      Q.      SAFE TO SAY.

13                    OKAY.  IN THESE PHOTOS -- I KNOW THEY ARE

14      SMALL AND IF YOU CAN'T MAKE AN OPINION, BUT DO YOU SEE

15      ANY EVIDENCE IN THAT BOTTOM PHOTO OF WHAT LOOKS LIKE

16      PREVIOUS REPAIR?  IF IT'S TOO SMALL, THAT'S FINE.

17      A.      YES.  AGAIN, WHAT HAPPENS -- THAT'S WHY I

18      MENTIONED THE CLAY WHEN IT CHANGES COLOR OVER TIME WITH

19      RESTORATION.  IT'S JUST A COMMONLY OCCURRING FEATURE.

20      AND SO THE DISCOLORATION THERE WOULD INDICATE THAT THAT

21      IS COVERING UP SOMETHING THAT HAD HAPPENED THAT HAD BEEN

22      A SIGNIFICANT DAMAGE AT SOME POINT.

23      Q.      LET ME SHOW YOU A DIFFERENT PICTURE.

24                    MS. MACEOIN:  IF WE TAKE THAT DOWN AND

25      PULL UP WHAT HAS BEEN PREVIOUSLY BEEN MARKED AS DEFENSE

1       EXHIBIT 8, WHICH WOULD BE 41 FOR US.

2       BY MS. MACEOIN:

3       Q.      OKAY.  DO YOU SEE THAT PICTURE THERE?

4       A.      YES.

5       Q.      OKAY.  AND DO YOU RECOGNIZE THAT?

6       A.      I ACTUALLY DON'T REMEMBER SEEING THIS PICTURE,

7       BUT I AM SEEING IT NOW SO....

8       Q.      IN THAT PICTURE DO YOU SEE ANY EVIDENCE ON THAT

9       HAND OF PRIOR RESTORATION OR REPAIRS?

10      A.      YES.  ABSOLUTELY.  STRAIGHT THROUGH THE FINGERS,

11      AND THEN ONE WOULD QUESTION THE DARK GRAY FROM THE LIGHT

12      GRAY.  AGAIN, THAT'S, YOU KNOW, USUALLY RESULTING FROM

13      THE INTRODUCTION OF MATERIAL THAT HAS CHANGED COLOR.

14      Q.      SO CAN YOU TELL FROM LOOKING AT THAT WHETHER

15      THAT HAS BEEN, BY YOUR DEFINITIONS, RESTORED OR

16      REPAIRED?

17      A.      IT HAS BEEN BOTH.

18      Q.      BOTH.  THANK YOU.  AND THAT MEANS THE

19      INTRODUCTION OF OTHER MATERIAL, CORRECT?

20      A.      YES.  EXACTLY.

21      Q.      SO IN COMING -- LET'S TALK ABOUT YOUR CONCLUSION

22      HERE IN YOUR REPORT, AND THEN WE WILL TALK ABOUT HOW YOU

23      GOT THERE.

24              AGAIN, YOU WERE CHARGED WITH DETERMINING

25      THE FAIR MARKET VALUE OF THE THUMB, CORRECT?

1    A.        YES.

2    Q.        NOT THE ENTIRE WARRIOR, CORRECT?

3    A.        RIGHT.

4    Q.        OKAY.  AND WHAT WAS THE VALUE THAT YOU CAME UP

5    WITH AFTER DOING THIS, REVIEWING THE EVIDENCE AND

6    APPLYING YOUR PROFESSIONAL APPROACH?

7    A.        I CAME UP WITH $1,000.

8    Q.        HOW DO YOU REACH THAT CONCLUSION?

9    A.        WELL, WHENEVER I AM COMING UP -- TRYING TO COME

10   UP WITH ANY KIND OF VALUE ON AN OBJECT, IT'S A MATTER OF

11   DETERMINING WHAT THE MATERIAL IS, WHAT CULTURE IT IS

12   FROM, ALL THOSE -- THE BASIC INFORMATION.

13               AND THEN YOU COMPARE LIKE WITH LIKE.  SO

14   IN THAT INSTANCE YOU DON'T WANT TO COMPARE A PORCELAIN

15   BOWL, WHICH IS A DIFFERENT KIND OF MATERIAL, WITH A

16   GLASS BOWL.  TWO DIFFERENT -- TOTALLY DIFFERENT THINGS.

17   SO IN LOOKING AT THE HAND, WHAT WE HAD TO FIND WAS

18   SOMETHING THAT WAS MADE OF A COMPARABLE MATERIAL, FOR A

19   COMPARABLE PURPOSE, FROM A COMPARABLE KIND OF LOCATION

20   SITE SO THAT IT WOULD BE UNDERGOING THE SAME SORT OF,

21   YOU KNOW, CIRCUMSTANCES, BEING BURIED AND SO ON, AND

22   HAVE THE SAME KIND OF PURPOSE.  AND SO THAT'S WHAT WE --

23   WHAT I DID.  AND THEN LOOKED AT THE MARKET AS IT EXISTS,

24   WHICH WE KNOW FOR THE OTHER COMPARABLE MATERIAL AND THEN

25   EXTRAPOLATED THAT OUT ON TO THE THUMB.

1    Q.       SO FOR THE -- DETERMINING THE FAIR MARKET VALUE

2    OF THE THUMB IN THIS CASE, WOULD YOU FIND IT -- WOULD

3    YOU IN YOUR PROFESSIONAL EXPERTISE AND EXPERIENCE EVER

4    COMPARE IT TO SOMETHING MADE OF JADE?

5    A.       NO.  BECAUSE IT'S NOT COMPARABLE.  IT WOULD FAIL

6    ON THE MATERIAL TEST.  JADE WAS USED -- I JUST DID --

7    TAUGHT A CLASS ON THIS, BUT JADE WAS USED FOR BURIAL

8    PURPOSES, NOT AS MINGQI.  IT HAD A DIFFERENT FUNCTION.

9    IT WAS PART OF THE TOMB.  IT WAS INCLUDED, BUT IT WAS

10   NOT INCLUDED WITH THE SAME KIND OF FUNCTIONALITY AS

11   THIS.  SO YOU CAN'T MAKE A COMPARISON WITH A POTTERY

12   VERSION.

13   Q.       WHAT ABOUT WITH BRONZE OR PORCELAIN?

14   A.       SAME KIND OF THING.  SOMETIMES YOU GET BRONZE IN

15   TOMBS, BUT IT'S NOT COMPARABLE TO THE TERRACOTTA PIECES

16   THAT WERE IN THE TOMB.  AND IT'S NOT LIKE AND LIKE.  THE

17   ONLY SIMILARITY IS SOME OF IT WAS BURIED, BUT THAT'S --

18   IT'S NOT THE SAME MATERIAL.  SO YOU CAN'T COMPARE IT.

19   Q.       SO IN YOUR OPINION IS -- WELL, IN YOUR

20   EXPERIENCE, AND I THINK YOU MENTIONED THIS ALREADY, THAT

21   THE TERRACOTTA POTTERY IS MORE BREAKABLE THAN OTHER

22   ITEMS, IS THAT CORRECT?

23   A.       RIGHT, BECAUSE ITS INTENT WAS CARRY THE ESSENCE

24   INTO THE NEXT WORLD.  SO IT WAS NOT MEANT TO BE HANDLED

25   AND NOT TO STAND WHAT WE WOULD CALL THE TEST OF TIME.

1    NOW, WHAT BECOMES HARD IS WE TAKE THESE AND IT ENTERS

2    INTO THE MARKETPLACE AND PEOPLE HANDLE THEM AND THEY PUT

3    THEM ON THEIR MANTELPIECES OR IN THEIR CABINETS, AND

4    THEY COLLECT THEM.  AND IT MEANS THAT WE HAVE HAD AN

5    OPPORTUNITY TO STUDY THEM, AND I HAVE HANDLED THOUSANDS

6    AND THOUSANDS OF THESE KIND OF OBJECTS.

7    Q.      SO BEFORE WE MOVE ON TO THE COMPARABLES THAT YOU

8    CHOSE, TALKING ABOUT MINGQI IN GENERAL, IS IT ACCEPTED

9    OR EXPECTED THAT THESE ITEMS WOULD BE REPAIRED OR

10   RESTORED?

11   A.      YES.  IT IS ALMOST ALWAYS THE CASE THAT THESE

12   HAVE SOME DEGREE OF REPAIR.  IF YOU ARE LUCKY, IT'S JUST

13   REPAIR WHERE THERE ARE CLEAN BREAKS, SAY, THROUGH THE

14   LEGS OF A HORSE OR A FIGURE, IT MIGHT BE BROKEN THROUGH

15   THE CENTER BECAUSE MANY OF THE LARGER FIGURES THAT ARE

16   ABOUT THIS HIGH OR LARGER WILL BE MADE IN TWO SECTIONS.

17   SO THAT SECTION WHERE THE BOTTOM MOLD WOULD HAVE BEEN

18   USED, THAT JOIN IS CALLED A LUTE LINE, AND THE LUTE

19   LINES OFTEN ARE WEAK, AND THEY OFTEN BREAK AT THAT

20   JUNCTURE.  SO THAT'S IN A GOOD CIRCUMSTANCE.  BUT THE

21   VAST MAJORITY OF THE TIME WHAT HAPPENS IS THE ROOF

22   COLLAPSES, AND THEY ARE BROKEN IRREGULARLY THROUGHOUT

23   THE OBJECT.

24   Q.      SO IF YOU RECEIVED AN ITEM OF TERRACOTTA POTTERY

25   TO DO AN APPRAISAL ON, AND YOU KNEW THAT IT HAD

1    PREVIOUSLY BEEN RESTORED, WOULD THAT AFFECT YOUR OVERALL

2    VALUE OF THAT PIECE?

3    A.      IT DEPENDS ON THE AMOUNT OF INTRODUCTION OF NEW

4    MATERIAL.  IF IT'S OLD -- IF IT'S REPAIRED WHERE YOU ARE

5    JUST GLUING IT BACK TOGETHER, THERE IS ALMOST NO EFFECT

6    BECAUSE THIS IS SO COMMON.  IF A SIGNIFICANT AMOUNT OF

7    MATERIAL HAS BEEN INTRODUCED AS NEW MATERIAL, BECAUSE

8    THE ORIGINAL BURIAL WAS PULVERIZED, THEN THAT CAN AFFECT

9    THE VALUE.

10   Q.      AND IF SOMETHING IS REPAIRED AFTER IT HAD

11   PREVIOUSLY BEEN BROKEN AT THE SAME PLACE, SO THE REPAIR

12   OCCURS FOR THE SECOND TIME IN THE SAME PLACE, WOULD THAT

13   AFFECT THE OVERALL VALUE OF THE PIECE, IN YOUR OPINION?

14   A.      NO.

15             MS. MACEOIN:  IF I CAN JUST STEP BACK TO

16   MY DESK FOR ONE MOMENT TO GRAB AN EXHIBIT.

17             THE COURT:  YES.

18             MS. MACEOIN:  THANK YOU.

19   BY MS. MACEOIN:

20   Q.      I WOULD LIKE TO SHOW YOU WHAT HAS PREVIOUSLY

21   BEEN MARKED AS DEFENSE EXHIBIT 17.

22             I'M SORRY.  IT'S 51.

23             OKAY.  HAVE YOU SEEN THIS PICTURE BEFORE?

24   A.      YES.

25   Q.      OKAY.  AND CAN YOU OPINE IF YOU CAN AS TO

1    WHETHER THIS APPEARS TO BE A BREAK AT AN EXISTING PLACE

2    OF REPAIR?

3    A.      IT LOOKS TO BE AN EXISTING BREAK.

4                   MS. MACEOIN:  IF WE CAN PUBLISH THIS TO

5    THE JURY.

6                   THE COURT:  YES.

7    BY MS. MACEOIN:

8    Q.      AND WHAT MAKES YOU SAY THAT BY LOOKING AT THAT?

9    A.      YOU CAN SEE THE WHITE MATERIAL ON THE EXTERIOR

10   ON THAT EDGE, WHICH IS LIKELY INTRODUCED NEW MATERIAL.

11   Q.      NEW MATERIAL, IS THAT AN ADHESIVE?

12   A.      MOST LIKELY IT'S AN ADHESIVE OR IT'S COVERING UP

13   WHERE THE JOIN WAS.  YOU CAN ALSO -- I SEE GLUE RESIDUE

14   IN THERE.  SO AT THAT KIND OF JAGGED LINE RIGHT

15   IMMEDIATELY BELOW IT, IT APPEARS TO BE GLUE, SOME SORT

16   OF ADHESIVE RESIDUE.

17   Q.      THANK YOU.

18                   MS. MACEOIN:  YOU CAN TAKE THAT DOWN.

19   BY MS. MACEOIN:

20   Q.      LET'S TURN TO YOUR REPORT AND THE COMPARABLES

21   THAT YOU DETERMINED YOU WOULD USE TO MAKE YOUR APPRAISAL

22   IN THIS CASE.

23                   SO BEGINNING ON PAGE 12 OF YOUR REPORT.

24   A.      COULD I CLARIFY ONE THING?

25   Q.      SURE.  GO AHEAD.

1    A.        YOU KNOW, WHEN YOU ARE TALKING ABOUT REPAIR AND

2    RESTORATION, IF YOU LOOK AT THAT BOTTOM IMAGE, THE ONE

3    OF THE THUMB.

4              MS. MACEOIN:  LET'S PULL UP PAGE 9 OF HIS

5    REPORT.  IF YOU CAN MAKE THOSE PHOTOS LARGER TOO FOR THE

6    JURY.  THANK YOU.

7              THE WITNESS:  SO WHEN YOU HAVE A

8    SITUATION WHERE THERE HAS BEEN --

9              MS. MACEOIN:  THERE YOU GO.

10             THE WITNESS:  -- DAMAGE.

11   BY MS. MACEOIN:

12   Q.        YES.

13   A.        AND USING THE BEST AVAILABLE MATERIALS AT THE

14   TIME, RESTORATION AND REPAIR HAS BEEN DONE WITH AN

15   OBJECT, WHICH IS WHAT'S HAPPENED WITH THIS HAND, SO AT A

16   SITE SUCH AS THE SITE AT XI'AN, A LOT OF THAT WORK WAS

17   DONE WHEN THEY FIRST EXCAVATED THE MATERIAL, AND

18   THROUGHOUT THE 80'S AND 90'S, WHATEVER, YOU GET THIS

19   DISCOLORATION THAT OCCURS.  SO IN MANY INSTANCES IT

20   BECOMES -- IT AFFECTS THE VISUAL APPEAL OF THE ITEM.  SO

21   IT IS NOT PRESENTING ITSELF IN THE SAME WAY AS THE

22   ORIGINAL OBJECT WOULD HAVE BEEN PRESENTED BY THE CREATOR

23   OF THAT OBJECT.  SO IT'S NOT COMMUNICATING THE WAY IT

24   WOULD HAVE COMMUNICATED WHEN IT WAS MADE.  SO IN THAT

25   INSTANCE, WE -- MOST OF THE PEOPLE I KNOW IN OUR

```
 1    PROFESSION WOULD ADVOCATE THAT WOULD BE A CASE OF WHERE
 2    YOU WOULD UNDO THE PREVIOUS RESTORATION AND REPAIR SO
 3    THAT THOSE REPAIRS AND RESTORATION THAT HAVE AGED POORLY
 4    WOULD BE REMOVED.  AND IN THAT INSTANCE THEN THE OBJECT
 5    BECOMES, YOU KNOW, LIKE IT SHOULD BE.  SO IT'S NOT A
 6    VISUAL DETERRENT TO PEOPLE GOING TO LOOK AT IT, AND THEY
 7    ARE GOING HECK, WHAT HAPPENED TO THE THUMB.  I CAN SEE
 8    THAT IT'S A DIFFERENT COLOR OR THE DIFFERENT COLOR ON
 9    THE SKIRT OF THE ARMOR.  IT BECOMES SOMETHING THAT IS
10    OBTRUSIVE.  IT'S DETRACTING FROM THE IMPORTANCE OF THE
11    OBJECT.
12    Q.     IN THESE PARTICULAR TERRACOTTA WARRIORS OR
13    MINGQI IN GENERAL, THE PICTURES THAT YOU VIEWED, WOULD
14    YOU SAY THAT THE REPAIRS OR RESTORATION HAS AT ALL
15    DIMINISHED THE ARTISTIC VALUE OF THE PIECE?
16    A.     IN THIS STATE, YES.
17    Q.     HOW SO?
18    A.     BECAUSE IT IS VISUALLY INTRUDING UPON THE
19    EXPERIENCE OF THE VIEWER.  THESE WERE NOT INTENDED TO BE
20    VIEWED, BUT WE ARE VIEWING THEM NOW BECAUSE THEY ARE IN
21    MUSEUMS AND THEY ARE IN THE PUBLIC SPHERE.  SO THE
22    EXAMPLES I CITE AS COMPARABLES, FOR INSTANCE, IT IS NOT
23    UNUSUAL.  YOU WILL HAVE SOMEBODY WITH A CAMEL THAT WAS
24    MADE AS MINGQI, THAT THE RESTORATION BECOMES OBTRUSIVE,
25    AND THEN IT WILL LOSE VALUE UNTIL YOU TAKE ALL OF THAT
```

1    AWAY AND YOU REDO IT AND THEN IT LOOKS BETTER AND IT'S

2    GOING TO SELL FOR MORE MONEY.  SO THAT'S ONE OF THE

3    JUDGMENT CALLS THAT WE MAKE AS SPECIALISTS WHEN WE HAVE

4    THINGS COME TO US, WHERE THE GLUES HAVE DISCOLORED, THE

5    PIGMENTS HAVE DISCOLORED FOR PAINTING, ALL KINDS OF

6    THINGS.

7    Q.    SO IS IT SAFE TO SAY, AND CORRECT ME IF I'M

8    WRONG, THAT PERHAPS ADHESIVES AND METHODS OF REPAIR HAVE

9    BECOME BETTER IN RECENT YEARS THAN THEY WERE MAYBE 20 OR

10    30 YEARS AGO?

11    A.    I WOULD SAY THAT IN SOME CASES THAT'S TRUE.  I

12    AM NOT AN EXPERT IN THAT AREA.  I AM AN EXPERT IN THE

13    WAY OF DETERMINING THE MARKET AND THE EFFECT ON THE

14    MARKET BY VISUAL APPEAL.  SO EVEN IF YOU USE THE SAME

15    MATERIALS THAT WERE USED IN THE 70'S OR THE 80'S, IF YOU

16    USE THOSE SAME THINGS TODAY, THEY ARE GOING TO BE DONE

17    LIKE THEY WERE THEN, TO MATCH EVERYTHING SO IT WOULD NOT

18    BE UNOBTRUSIVE, BECAUSE THAT'S THE POINT.  YOU WANT THE

19    PEOPLE TO GO TO MUSEUMS TO EXPERIENCE THIS THE WAY IT

20    WAS INTENDED TO BE EXPERIENCED.

21    Q.    THANK YOU.

22    A.    YOU DON'T WANT TO BE LOOKING AT SOMETHING THAT

23    SOME MODERN PERSON DID.

24    Q.    LET'S TURN TO YOUR COMPARABLES STARTING ON PAGE

25    12 OF YOUR REPORT.  SO IT APPEARS HERE, AND CORRECT ME

1    IF I'M WRONG, THAT YOU HAVE KIND OF DIVIDED THIS INTO

2    TWO SECTIONS, COMPARABLES LISTED IN NUMBERS 1 THROUGH 6,

3    AND THEN COMPARABLES LISTED IN 7 THROUGH 11, IS THAT

4    CORRECT?

5    A.      YES.

6    Q.      CAN YOU EXPLAIN TO THE LADIES AND GENTLEMEN OF

7    THE JURY WHY YOU CHOSE TO BREAK YOUR COMPARABLES INTO

8    TWO DIFFERENT GROUPS?

9    A.      I WANTED TO USE, IN THIS CASE THE FIRST GROUP,

10   THE FIRST SIX, ANIMALS.  AND I WANTED TO ILLUSTRATE IT'S

11   NOT JUST CAMELS, THAT'S WHY I PUT A DUCK IN THERE AS

12   WELL.  YOU CAN GET -- EVERY KIND OF ANIMAL YOU CAN THINK

13   OF WAS MADE AS -- JUST ABOUT AS MINGQI, BUT PARTICULARLY

14   CAMELS.  THESE WERE PART OF A TOMB THAT WOULD HAVE BEEN

15   OF AN EXTREMELY WEALTHY PERSON BECAUSE IT WAS PART OF

16   THE CARAVAN, IN EFFECT OWNING A TRUCKING COMPANY.  THIS

17   IS HOW THEY CARRIED GOODS BACK AND FORTH EVENTUALLY

18   BETWEEN ROME AND CHINA.  IT DIDN'T GO ALL THE WAY TO

19   ROME, BUT THEY WENT ON DIFFERENT STOPS.  SO I WANTED TO

20   USE THAT AS SOMETHING THAT WOULD HAVE COME FROM AN

21   ELEVATED TOMB, BUT ALSO BECAUSE I WANTED TO ILLUSTRATE

22   THE CONDITION REPORTS WHICH WERE AVAILABLE SHOWING THE

23   DIFFERENCE BETWEEN THE USE OF RESTORATION AND REPAIRS IN

24   THE WORDING, BUT ALSO TO SHOW THAT VIRTUALLY ALL OF

25   THESE THINGS HAVE RESTORATION AND/OR REPAIRS.

1  Q.      SO WHY IS IT IMPORTANT TO HAVE THAT CONDITION

2  REPORT?

3  A.      WELL, BECAUSE THE PEOPLE WHO ARE BUYING THESE

4  EXPECT THAT THERE IS GOING TO BE SOMETHING THAT HAS

5  HAPPENED TO IT, BECAUSE THESE HAVE HAD A LIFE THAT, YOU

6  KNOW, IS INVOLVED WITH BEING EXCAVATED FROM A COLLAPSED

7  TOMB.  SO WHAT THEY DON'T KNOW, BECAUSE RESTORATION IS

8  SO GOOD, BECAUSE THE PURPOSE IS TO RETURN IT TO THE

9  VISUAL APPEARANCE THAT IT ORIGINALLY HAD, THEY NEED AN

10  EXPERT STATEMENT THAT IS GUARANTEED OF A PROFESSIONAL

11  WHO CAN COMMUNICATE TO THEM, YOU CAN BE COMFORTABLE THAT

12  THIS HAS BEEN BROKEN IN THESE VARIOUS PLACES, SOME NEW

13  MATERIAL HAS BEEN INTRODUCED, THIS IS WHERE IT HAS BEEN

14  INTRODUCED.  BECAUSE WE AS SPECIALISTS STAND BEHIND IT,

15  SO YOU CAN HAVE CONFIDENCE THAT THE ENTIRE THING IS NOT

16  NEW.

17  Q.      SO THESE FIRST SIX COMPARABLES ARE INTACT

18  PIECES, CORRECT?

19  A.      INTACT, IN THAT THEY HAVE BEEN RESTORED.

20  Q.      REPAIRED?  REPAIRED OR --

21  A.      RESTORED AND REPAIRED.

22  Q.      AS YOU TESTIFIED EARLIER, IT'S NOT UNCOMMON FOR

23  MINGQI TO BE RESTORED AND REPAIRED, CORRECT?

24  A.      YES.  AND THERE'S KIND OF A MARKET AS AN

25  ACCEPTABLE BAND OF WHAT IS INTRODUCTION OF NEW MATERIAL,

1    AND THAT DEPENDS ON THE RARITY OF THE KIND OF OBJECT

2    THAT YOU ARE TALKING ABOUT.

3    Q.       WITHOUT LOOKING THROUGH EACH ONE, OBVIOUSLY YOU

4    CONSIDERED EACH PIECE IN COMING TO YOUR EVALUATION,

5    CORRECT?

6    A.       I DID.

7    Q.       FOR YOUR ESTIMATE.

8               SO FOR EXAMPLE, THE NUMBER 1 IS THE DUCK

9    WHICH SOLD AT $2,000, CORRECT?

10   A.       YES.

11   Q.       AND NUMBER 3, ONE OF THE CAMELS SOLD AT 6,250

12   AND THEN UP TO NUMBER 6 WHICH SOLD AT $32,000.  SO --

13   A.       YEAH.

14   Q.       THEY SOLD AT VARIOUS RATES AT AUCTION, CORRECT?

15   A.       YES.

16   Q.       AND LOOKING AT THE NEXT SECTION OF THE

17   COMPARABLES, NUMBERS 7 THROUGH 11, CAN YOU EXPLAIN TO

18   THE LADIES AND GENTLEMEN OF THE JURY WHY YOU KIND OF PUT

19   THOSE SEPARATE?

20   A.       WELL, I WANTED TO USE FIGURAL EXAMPLES AND ALSO

21   EXAMPLES THAT SOMETIMES DO APPEAR AT AUCTION WHERE

22   ELEMENTS HAVE BEEN BROKEN OFF AND WILL APPEAR SEPARATELY

23   FROM THE MAIN BODY OF THE MATERIAL.

24   Q.       IN YOUR RESEARCH TO DO THIS APPRAISAL, DID YOU

25   COME ACROSS ANY DIGITS SUCH AS A FINGER OR A TOE WHICH

```
1    SOLD AT AUCTION?

2    A.       NO.  I COULD NOT FIND ANY.  AND THE MARKET JUST

3    SIMPLY DOES NOT SUSTAIN -- THERE IS NO VALUE FOR

4    SOMETHING LIKE THAT.

5    Q.       NOW, YOU DO, IN NUMBERS 9 AND 10 AND 11, TALK

6    SPECIFICALLY ABOUT PIECES --

7    A.       YES.

8    Q.       -- ELEMENTS.  IN NUMBER 9 AND 10 THERE ARE

9    HORSES AND TORSOS, CORRECT?

10   A.       YES.

11   Q.       AND THEN ON NUMBER 11 THEY ARE THAT GROUP OF 11

12   INDIVIDUAL HORSE HEADS, CORRECT?

13   A.       YES.

14   Q.       SO CAN YOU TELL THE LADIES AND GENTLEMEN OF THE

15   JURY WHY YOU CHOSE THE HORSE PARTS AND THE HORSE HEADS?

16   A.       I CHOSE THE HORSE HEADS BECAUSE THEY ARE ONE OF

17   THE VERY FEW EXAMPLES THAT DOES COME UP FOR SALE

18   SEPARATELY.  AND YOU HAVE -- THE HORSE TORSO WAS NOT

19   JUST A TORSO.  IT ACTUALLY HAD LACQUERED WOODEN LEGS,

20   SOMETIMES CLAY LEGS, BUT OFTEN THEY WERE WOODEN LEGS AND

21   THE WHOLE THING WAS BRIGHTLY PAINTED.  SO IT DIDN'T

22   APPEAR THE WAY WE SEE IT HERE.  AND SOME OF THEM

23   ACTUALLY HAD ORGANIC MATERIAL OVER THEM, YOU KNOW,

24   SADDLES AND ALL KINDS OF THINGS.  REAL HORSEHAIR TAILS

25   WERE IN SOME OF THESE.
```

1                    SO IN THE MARKETPLACE, THOUGH, WE HAVE IN

2       OUR CULTURE A CONNECTION WITH HORSES.  PEOPLE LIKE

3       HORSES.  IT'S LIKE DOGS.  SO THERE IS A MARKET FOR A

4       HORSE HEAD.

5       Q.        YOU SAY A MARKET YOU MEAN --

6       A.        IN THE WEST.

7       Q.        IN THE WEST.  OUTSIDE OF CHINA?

8       A.        OUTSIDE OF CHINA.  THERE IS A MARKET FOR HORSE

9       HEADS IN THE WEST.

10      Q.        CAN I ASK YOU, IS THERE ANY MARKET FOR MINGQI --

11      OR AT ALL IN CHINA?

12      A.        THERE IS VERY, VERY LITTLE MARKET FOR MINGQI IN

13      CHINA.  AND THE REASON FOR THAT IS THESE THINGS COME

14      FROM GRAVES, AND IT IS CONSIDERED EXTREMELY BAD LUCK TO

15      OWN SOMETHING FROM A TOMB THAT IS CONVEYING ITS ESSENCE

16      TO THE NEXT WORLD OF THAT PERSON WHO IS NOT GOING TO BE

17      HAPPY IF YOU TAKE THE THINGS FROM THE TOMB.  SO A LOT --

18      IT RUNS VERY STRONGLY THROUGHOUT CHINA.  SO THE BUYERS

19      FOR MOST MINGQI THINGS ARE IN THE WEST, WHICH IS WHY IF

20      YOU GO TO HONG KONG YOU SEE THERE ARE A LOT OF DEALERS

21      THAT SELL THINGS THAT ARE MINGQI.  BUT THE AUDIENCE IS

22      PRIMARILY IN THE WEST, MEANING IN THE UNITED STATES AND

23      EUROPE.

24      Q.        SO ALL OF THE COMPARABLES HERE OF MINGQI, THEY

25      WERE SOLD, IT LOOKS LIKE, IN NEW YORK AND OTHER PLACES

1    IN THE WEST, SOTHEBY'S NEW YORK?

2    A.      YES.

3    Q.      HONG KONG AND EUROPE, CORRECT?

4    A.      YES.

5    Q.      IN YOUR DETERMINATION OF THESE AND YOU ARE

6    COMPARING THESE -- AND AGAIN, WHEN WE TALK ABOUT

7    COMPARABLES, YOU DON'T TAKE, FOR EXAMPLE, 11 ITEMS AND

8    THEN TAKE THE AVERAGE TO COME UP WITH --

9    A.      NO.  I WANT TO ILLUSTRATE EACH ONE.  THE OTHER

10   THING THAT I WANTED TO ILLUSTRATE FROM ALL OF THESE IS

11   THERE'S LOTS AND LOTS AND LOTS OF THIS MATERIAL.  AND

12   YOU CAN SEE SOME OF THEM SELL FOR TENS OF THOUSANDS OR

13   HUNDREDS OF THOUSANDS OF DOLLARS.  IF THERE WERE A

14   MARKET FOR FRAGMENTS OF THESE THINGS, YOU CAN BET THERE

15   WOULD BE FRAGMENTS IN THE MARKETPLACE THAT WOULD BE

16   BEING BOUGHT BY PEOPLE WHO WOULD BE INTERESTED IN DOING

17   IT AS A COLLECTABLE OR WHATEVER, BUT THERE ISN'T,

18   BECAUSE ITS VALUE -- THESE ARE VALUED FOR THEIR ARTISTRY

19   FOR THEIR RESTORED APPEARANCE, WHAT THEY ARE CONVEYING,

20   WHICH IS WHAT THEY WERE ORIGINALLY INTENDED TO CONVEY.

21   THAT'S WHY PEOPLE PUT UP WITH RESTORATION AND REPAIR,

22   AND THAT'S COMMONLY ACCEPTED.

23              AND IF YOU HAD THAT IN SOME OTHER

24   MATERIAL, LET'S SAY PORCELAIN, WHICH WAS NOT INTENDED TO

25   BE VIEWED THAT WAY, AND IT'S BROKEN AND RESTORED AND YOU

1    CAN SEE IT, THEN THE MARKET DROPS PRECIPITOUSLY.  IT'S A

2    BIG CHANGE.

3    Q.     SO YOUR APPRAISAL VALUE OF $1,000 FOR --

4              MS. MACEOIN:  CAN YOU BRING UP 0075, TO

5    THE WITNESS ONLY, PLEASE.  OR TO THE --

6    BY MS. MACEOIN:

7    Q.     OKAY.  IF YOU CAN LOOK WHAT IS ON YOUR SCREEN

8    THERE, MR. MASON?

9    A.     YES.

10   Q.     SO THIS ITEM?

11             MS. MACEOIN:  AND WE CAN PUBLISH THIS TO

12   THE JURY.  THIS IS PREVIOUSLY BEEN MARKED AND MOVED.

13   BY MS. MACEOIN:

14   Q.     SO THIS ITEM SELLING BY ITSELF IS WHAT YOU CAME

15   UP AS YOUR APPRAISAL VALUE OF $1,000, CORRECT?

16   A.     I DID.

17   Q.     OKAY.  AND WHEN YOU CAME UP WITH THAT NUMBER,

18   DID YOU CONSIDER THE HISTORY AND THE CULTURAL IMPORTANCE

19   OF THE TERRACOTTA WARRIORS?

20   A.     YES.

21   Q.     THANK YOU.  AND ASIDE -- AGAIN, THIS IS THE FAIR

22   MARKET VALUE WHICH IS SORT OF HYPOTHETICAL BECAUSE THERE

23   IS NO MARKET TO SELL THESE, CORRECT?

24   A.     CORRECT.

25   Q.     NOW, YOU ALSO IN YOUR REPORT TALKED ABOUT AN

1    ALTERNATIVE APPROACH.  AND IF I CAN DIRECT YOUR

2    ATTENTION TO PAGE 15 OF YOUR REPORT.

3    A.      YES.

4    Q.      OKAY.  WHY DID YOU -- WELL, LET ME ASK YOU THIS:

5    IN THIS ALTERNATIVE APPROACH YOU TALK ABOUT A

6    CALCULATION OF THE WORTH OF THE THUMB ALMOST BY CUBIC

7    CENTIMETERS, CORRECT?

8    A.      I DO.

9    Q.      WHY DID YOU EMPLOY THAT METHOD?

10   A.      I DO BECAUSE AGAIN, GOING BACK TO THE ORIGINAL

11   INTENT OF THE CREATOR OF THESE THINGS, WAS TO BE VIEWED

12   AS A WHOLE, AS AN ENTIRE OBJECT.  IT'S THE HISTORICAL

13   ASSOCIATION OF THE ENTIRE OBJECT THAT HAS MEANING,

14   WHETHER WE ARE LOOKING AT THE COMPARABLES OR LOOKING AT

15   THE FIGURE ITSELF.  SO WHEN THAT IS THE CASE, ELEMENTS

16   THAT ARE TAKEN FROM THAT NO LONGER ARE ASSOCIATED WITH

17   THAT FIGURE IN THE SAME WAY.  IT IS PART OF SOMETHING

18   BUT IT'S NOT ABLE TO TELL THE WHOLE STORY.

19            SO THE ONLY WAY THAT YOU CAN THINK OF

20   THAT THEN IS KIND OF LIKE WHAT WE WOULD CALL A

21   COLLECTABLE, ANYBODY THAT'S WATCHED THE ANTIQUES

22   ROADSHOW, WE TALK ABOUT COLLECTABLES, YOU KNOW, WHERE

23   YOU HAVE SOMETHING THAT IS A FRAGMENT FROM SOME

24   IMPORTANT OBJECT AND PEOPLE WANT IT BECAUSE OF THE

25   ASSOCIATION.  IT'S NOT THE ARTISTRY OF THE OBJECT.  YOU

1   KNOW, THERE IS NO ARTISTRY TO SPEAK OF IN A MODEL OF A

2   LITTLE THUMB.  IT'S THE ASSOCIATION THAT'S GOT THE

3   VALUE.

4                SO IF THAT IS THE WAY THAT YOU HAVE TO

5   APPROACH IT, THEN THERE ARE OTHER THINGS THAT ARE PART

6   OF THAT FIGURE THAT WOULD ALSO HAVE VALUE AND YOU HAVE

7   TO FIGURE OUT WHAT IS THE PROPORTION TO THE REST OF THE

8   FIGURE.  AND, YOU KNOW, I THINK ONCE YOU GO DOWN THE

9   ROAD OF DIVIDING THINGS UP INTO DIGIT-SIZED ELEMENTS,

10  YOU ARE NOT TALKING ABOUT ARTISTRY AT ALL.  YOU ARE

11  TALKING ABOUT SOMEBODY THAT WANTS A PIECE OF SOMETHING,

12  AND THAT'S WHERE I ENDED UP WITH A FIGURE I THINK OF

13  $130 VERY ROUGHLY, BASED OFF THE CUBIC CENTIMETERS IN

14  THE ENTIRE FIGURE.  BUT, YOU KNOW --

15  Q.      LET'S DO THE MATH FOR THE JURY.

16  A.      YEAH.

17  Q.      YOU BASE THIS FIRST OF ALL ON THE --

18  A.      NUMBERS PROVIDED BY THE CHINESE DOCUMENTS, YES.

19  Q.      AND YOU, I BELIEVE IN THE COURSE OF YOUR REVIEW

20  OF DOCUMENTS, LOOKED AT THE CULTURAL VALUE BILL OF THE

21  EXHIBITION, CORRECT?

22  A.      I DID.

23                MS. MACEOIN:  CAN WE BRING UP WHAT --

24  PREVIOUSLY MARKED AS DEFENSE EXHIBIT -- I'M

25  SORRY -- GOVERNMENT EXHIBIT 5, WHICH IS 137 FOR US.

1                           THERE WILL BE A PAGE OF THIS ON YOUR

2       SCREEN.  I'M SORRY, CAN I MAKE SURE THAT'S THE RIGHT

3       ONE?

4                           THE WITNESS:  AND IT'S TOTALLY

5       UNREADABLE.  BUT --

6                           MS. MACEOIN:  LET ME DO THIS.  LET'S --

7                           THE WITNESS:  I KNOW WHAT'S THERE THOUGH.

8       IT IS OKAY.

9                           MS. NEWTON:  YOUR HONOR, IF IT HELPS, THE

10      GOVERNMENT EXHIBIT BOOK IS ON THE TABLE IF YOU WANT TO

11      TURN TO THE EXHIBIT AND LOOK AT IT.

12                          MS. MACEOIN:  CERTAINLY.  EXHIBIT NUMBER

13      5.  LET'S DO THAT.

14                          THE WITNESS:  IS IT IN HERE?

15                          MS. MACEOIN:  YES, I'LL HELP YOU.

16                          MAY I APPROACH, YOUR HONOR?

17                          THE COURT:  YES.

18                          THE WITNESS:  PAGE 5?  OKAY.

19                          MS. MACEOIN:  FIRST PAGE.

20      BY MS. MACEOIN:

21      Q.      SO THAT PAGE DESCRIBES WHAT THE INSURED VALUE AS

22      SET BY THE CHINESE IS, CORRECT?

23      A.      CORRECT.

24      Q.      AND NUMBER 7, WHICH IS THE BOTTOM OF THE PAGE,

25      YOU HAVE HERE THAT ITS VALUE -- OR EXCUSE ME -- THE

1    CHINESE INSURANCE VALUATION IS SET AT $4.5 MILLION,

2    CORRECT?

3    A.      YES.

4    Q.      IN THAT BILL THERE ARE SEVERAL OTHER TERRACOTTA

5    WARRIORS THAT ARE INSURED AT THE SAME AMOUNT, CORRECT?

6    A.      MM-HMM.

7    Q.      YOU HAVE TO ANSWER YES OR NO.

8    A.      YES.  SORRY, YES.

9    Q.      AND THEN THERE ARE A FEW THAT ARE MORE AND A FEW

10   THAT ARE LESS, CORRECT?

11   A.      YES.

12   Q.      CAN I ASK YOU IF -- WHAT IS THE LIKELIHOOD THAT

13   DIFFERENT RESTORED AND REPAIRED CAVALRYMEN OR ARCHERS OR

14   WARRIORS WOULD BE PUT TOGETHER IN THE EXACT SAME WAY,

15   EACH ONE?

16   A.      NONE, BECAUSE THEY ARE NOT.  I MEAN, THE BIG

17   PIECES ARE PUT TOGETHER OF COURSE BECAUSE THEY ARE MADE

18   FROM MOLDS AND THAT WHERE THE MOLD IS.  BUT ANYTHING

19   THAT HAS BEEN BROKEN IS GOING TO HAVE A UNIQUE FRACTURE

20   LINES TO THAT OBJECT BECAUSE THE ROOFS COLLAPSED AND THE

21   PIECES HAVE COLLAPSED AND EVEN THOUGH THEY ARE MADE IN

22   MOLDS, YOU KNOW, THERE ARE AIR POCKETS IN THE CLAY.

23   THERE'S ALL KINDS OF UNIQUE -- YOU KNOW, THERE ARE

24   IMPURITIES THAT ARE THERE.  THERE IS WEAKNESSES.  THE

25   FIRING TECHNIQUE.  YOU KNOW, NOTHING IS EXACTLY THE

1    SAME.

2              SO THE BREAKAGE IS GOING TO BE DIFFERENT.

3    AND THE INTRODUCTION OF NEW MATERIAL AND AREAS OF REPAIR

4    VERSUS RESTORATION IS GOING TO BE UNIQUE TO THAT ITEM.

5    IT'S NOT ANY DIFFERENT THAN IF WE TOOK A DISH AND

6    DROPPED IT ON A CEMENT FLOOR AND YOU DID THE SAME DISH A

7    HUNDRED TIMES IN A ROW, YOU ARE GOING TO HAVE TOTALLY

8    DIFFERENT FRAGMENTS OF THAT DISH.  AND THAT'S EXACTLY

9    WHAT HAPPENED, YOU KNOW, WHEN THE ROOF COLLAPSED HERE.

10   Q.      BUT IN THIS BILL OF -- THIS BILL THAT YOU HAVE

11   IN FRONT OF YOU THERE, THE CULTURAL RELICS VALUE BILL,

12   MULTIPLE STATUES ARE VALUED AT THE SAME AMOUNT?

13   A.      THEY ARE BECAUSE THAT'S -- BREAKAGE IS VIRTUALLY

14   IMMATERIAL.  MAYBE THEY WERE USING AS, YOU KNOW,

15   FIRST-CLASS AND SO ON, THAT THE BREAKAGE WAS LESS THAN

16   OTHER COMPARABLE EXAMPLES IN THEIR COLLECTION THAT MAY

17   HAVE BEEN ONE OF THE CRITERIA FOR THE FIRST-CLASS

18   DESIGNATION.  BUT THAT DOESN'T MEAN THE SHAPE OF THE

19   BREAKS ARE IDENTICAL, NOR THAT THERE IS AN IDENTICAL

20   AMOUNT.  THEY DIDN'T MEASURE OUT, YOU KNOW, WITH A

21   MILLIMETER SCALE THE NUMBER -- THE AMOUNT OF CLAY THAT

22   THEY WERE INTRODUCING THAT'S NEW INTO THOSE AREAS THAT

23   NEED REPAIR.  THEY JUST WERE NOT DOING IT BECAUSE THE

24   OVERALL EFFECT IS WHAT THEY WERE AFTER, WHICH IS PUTTING

25   THIS BACK TOGETHER AND GIVING THAT EXPERIENCE TO THE

1    PEOPLE WHO ARE GOING TO VIEW IT.

2    Q.     SO LET'S GET BACK TO PAGE 15 OF YOUR REPORT

3    WHERE WE TALK ABOUT THIS MATH.  AND WHAT I AM TO GOING

4    TO READ HERE -- AND JUST FOLLOW IT WITH ME AND MAKE SURE

5    THAT I AM READING IT CORRECTLY AND THAT IT IS STATED

6    CORRECTLY:

7                    A PRELIMINARY CALCULATION SHOWS

8    APPROXIMATELY 450,000 CUBIC CENTIMETERS OF MATERIAL IN

9    THE FIGURE.  YOU ARE TALKING ABOUT THE CAVALRYMAN,

10   CORRECT?

11   A.     YES.

12   Q.     AND THE DIGIT HAS APPROXIMATELY 13 CUBIC

13   CENTIMETERS OF MATERIAL.  AND THAT'S BASED ON YOUR

14   REVIEW OF PHOTOGRAPHS AND SUCH, CORRECT?

15   A.     CORRECT.

16   Q.     YOU WERE NOT ABLE TO OBVIOUSLY TOUCH OR HANDLE

17   THESE ITEMS?

18   A.     NO.  AND I AM SURE THE NUMBERS CAN BE FINE-TUNED

19   BECAUSE THEY WEREN'T MEASURING IT, YOU KNOW, WITH THIS

20   INTENT.

21   Q.     SO DIVIDING THESE, MEANING 450,000 DIVIDED BY

22   13, EQUALS 34,615 DIGITS YOU HAVE THERE.  DO YOU MEAN

23   LIKE UNITS?

24   A.     YES.  DIGIT -- YEAH.  DIGIT-SIZED UNITS OF

25   MATERIAL, ROUGHLY.

1    Q.      AND DIVIDING THAT NUMBER INTO THE $4.5 MILLION

2    INSURED VALUE, YOU COME TO A NUMBER OF $130 FOR EACH

3    DIGIT-SIZED SECTION OF THE CAVALRYMAN; IS THAT CORRECT?

4    A.      RIGHT.

5    Q.      SO ASSUMING THAT THE DIGITS WILL HAVE HISTORICAL

6    APPEAL, MIGHT EQUAL A MULTIPLE IN THIS AMOUNT, BUT IT IS

7    DIFFICULT TO COME TO A VALUATION HIGHER THAN $1,000?

8    A.      BECAUSE YOU ARE DEALING WITH HUMAN SENTIMENT.  I

9    MEAN, I AM ASSUMING THAT THERE IS GOING TO BE ALMOST NO

10   CHINESE PERSON THAT IS GOING TO BE INTERESTED IN THIS.

11   YOU KNOW, THAT'S SOMEBODY LIVING IN THE MAINLAND.  FOR A

12   VARIETY OF REASONS, THEY ARE JUST NOT GOING TO BE

13   INTERESTED.  NOBODY IN THE HIGH-END WORLD, MY WORLD,

14   WOULD BE INTERESTED.  NONE OF THE PEOPLE WHO ARE THE

15   OWNERS OR THE -- INVOLVED IN ANY OF THE INTERNATIONAL

16   ART AUCTION HOUSES IS GOING TO BE INTERESTED.

17          SO YOU ARE -- YOU KNOW, YOU ARE -- IN ALL

18   LIKELIHOOD, IT JUST DOESN'T -- UNLESS YOU HAVE THE

19   IMPRIMATUR OF THE GOVERNMENT SAYING YOU CAN SELL THIS.

20   AND THEN YOU GET INTO THE ISSUE OF HOW DO YOU PROVE THAT

21   THIS IS WHAT IT IS?  THERE IS A LOT OF GRAY POTTERY

22   SHARDS EVERYWHERE AND YOU CAN BUY A TORSO OF A HORSE

23   THAT WOULD BE EXACTLY THE SAME EVEN IF YOU DIDN'T GET

24   WHAT'S CALLED A TL TEST.

25   Q.      WHAT IS A TL TEST?

1    A.        THERMOLUMINESCENCE TEST. IT WILL GIVE YOU A

2    RANGE OF DATES THAT WILL ESTABLISH THE DATE FOR A

3    PARTICULAR OBJECT THAT HAS BEEN FIRED.

4    Q.        SO IN YOUR APPRAISAL, YOU HAVE KIND OF THE FAIR

5    MARKET VALUE, WHICH YOU CAME TO A NUMBER OF $1,000 BY

6    LOOKING AT THE COMPARABLES, CORRECT?

7    A.        MM-HMM.

8    Q.        AND THEN THIS ALTERNATIVE METHOD WHERE YOU KIND

9    OF DID THE MATH AND BROKE DOWN BASED ON THE INSURANCE

10   VALUE, CORRECT?

11   A.        YES.

12   Q.        AND THAT WAS A BASE OF $130, BUT THEN YOU IT

13   ROUNDED UP TO --

14   A.        I ROUNDED IT UP JUST ON, YOU KNOW, MAYBE

15   SOMEBODY IN A COLLECTABLES MARKET WOULD BE ENTHUSIASTIC

16   ABOUT HAVING SOME SORT OF A RELIC AND MIGHT BE WILLING

17   TO PAY AT THE UPPER END SOMETHING IN THAT RANGE.  I DO

18   NOT BELIEVE IT'S POSSIBLE FOR ME TO ACHIEVE THAT KIND OF

19   PRICE IN -- COMMERCIALLY WITHIN THE WORLD I KNOW.

20                  MS. MACEOIN:  THANK YOU VERY MUCH.

21                  THE COURT:  CROSS-EXAMINE.

22                  CROSS EXAMINATION

23   BY MS. NEWTON:

24   Q.        GOOD AFTERNOON, MR. MASON.

25   A.        GOOD AFTERNOON.

1    Q.      I WOULD LIKE TO TALK TO YOU -- GIVE ME ONE

2    SECOND.

3                    MS. NEWTON:  EXCUSE ME, YOUR HONOR.  GIVE

4    ME ONE SECOND.

5    BY MS. NEWTON:

6    Q.      I WOULD LIKE TO TALK ABOUT SOME ASPECTS OF YOUR

7    REPORT.  IN YOUR REPORT YOU ACTUALLY DESCRIBE THE

8    CAVALRYMAN'S THUMB, DIDN'T YOU?

9    A.      I ACTUALLY -- I DID VERY BASICALLY AND -- YES.

10   Q.      AND YOU DESCRIBED IT AS MODELED REALISTICALLY

11   WITH CLEARLY DELINEATED NAILBED AND OTHER FEATURES; IS

12   THAT RIGHT?

13   A.      YES.

14   Q.      SO THAT'S NOT SOMETHING THAT COMES OUT OF A

15   MOLD, IS IT?

16   A.      WELL, IT DOES AND IT DOESN'T.  I MEAN THE DIGIT

17   ITSELF WOULD HAVE COME OUT OF A MOLD.  THE LITTLE

18   INCISED DETAILS MAY HAVE BEEN DONE BY HAND.

19   Q.      SO IF I TOLD YOU THAT CHINESE ARCHAEOLOGISTS AND

20   CHEMISTS WHO WORK AT THE EMPEROR QIN SHI HUANG SITE SAID

21   THAT THIS THUMB WAS ACTUALLY HAND DONE, ARE YOU SAYING

22   THAT'S WRONG?

23   A.      NO, I AGREE WITH THEM.

24   Q.      AND YOU ALSO STATED THAT THIS MARKET FOR THE

25   CAVALRYMAN IS LIMITED, DIDN'T YOU?

1    A.     MM-HMM.

2    Q.     AND THE REASON FOR THAT IS BECAUSE IT'S ILLEGAL

3    IN CHINA TO BUY OR SELL A TERRACOTTA WARRIOR, CORRECT?

4    A.     YES.

5    Q.     IN FACT, IT'S ILLEGAL TO SELL ANY PIECE OF A

6    TERRACOTTA WARRIOR; IS THAT RIGHT?

7    A.     CORRECT.

8    Q.     SO THIS MARKET IS NOT LIMITED.  THERE IS NO

9    MARKET, RIGHT?

10    A.     CORRECT.

11    Q.     AND YOU DESCRIBE THESE TERRACOTTA WARRIORS AS

12    MINGQI, RIGHT?

13    A.     MM-HMM.

14    Q.     WHICH MEANS THAT THESE ARE OBJECTS THAT WERE

15    CREATED TO BE PLACED IN A TOMB?

16    A.     YES.  SORRY.

17    Q.     AND IN THIS CASE, THESE TERRACOTTA WARRIORS

18    THAT -- OF WHICH THE CAVALRYMAN IS ONE, THEY WERE

19    CREATED TO BE PLACED AROUND THE TOMB OF EMPEROR QIN SHI

20    HUANG; IS THAT RIGHT?

21    A.     YES.

22    Q.     AND QIN SHI HUANG WAS THE FIRST EMPEROR OF

23    CHINA, RIGHT?

24    A.     YES, UNIFIED CHINA.

25    Q.     UNIFIED CHINA AND CONSIDERED TO BE THE FOUNDING

1    FATHER OF CHINA?

2    A.      YES.

3    Q.      SO HE IS A VERY, VERY IMPORTANT FIGURE IN

4    CHINESE HISTORY; IS THAT RIGHT?

5    A.      YES.

6    Q.      AND WE ARE NOT JUST TALKING ABOUT -- WHEN WE

7    TALK ABOUT THE TERRACOTTA WARRIORS -- OBJECTS FROM JUST

8    ANY TOMB IN CHINA, ARE WE?

9    A.      NO, BUT THERE ARE A LOT OF TOMBS IN CHINA THAT

10   ARE IMPORTANT.

11   Q.      ARE THERE ANY OTHER TOMB THAT YOU CAN NAME IN

12   CHINA THAT IS AS IMPORTANT AS EMPEROR QIN SHI HUANG'S

13   TOMB?

14   A.      WELL, I GUESS AS THE HIERARCHY OF IMPORTANCE,

15   HIS WOULD BE THE MOST IMPORTANT.

16   Q.      SO IT CERTAINLY IS HIGHER AND MORE IMPORTANT

17   THAN THAT OF A WEALTHY BUSINESSMAN WHO USED CAMELS WHEN

18   HE WAS DOING HIS BUSINESS; IS THAT RIGHT?

19   A.      YES.

20   Q.      AND YOU ALSO SAID IN YOUR REPORT THAT FOR

21   MINGQI, DAMAGE OCCURS TO THESE OBJECTS WHILE THEY ARE IN

22   PLACE IN THE TOMB AND THAT IS EXPECTED, CORRECT?

23   A.      YES.

24   Q.      AND THIS DAMAGE DOES NOT IMPACT THE VALUE OF THE

25   OBJECT IF THE OBJECT HAS BEEN REPAIRED, RIGHT?

CRITICAL

1    A.      CORRECT.

2    Q.      SO WHEN ARCHAEOLOGISTS WORKING ON A SITE -- ON

3    AN ANCIENT TOMB SITE ARE ABLE TO REPAIR THE OBJECT BY

4    DETERMINING WHICH FRAGMENTS FIT TOGETHER, THE FACT THAT

5    THE OBJECT WAS NOT FOUND WHOLE AND THE OBJECT IS ABLE TO

6    BE PIECED TOGETHER, THAT DOES NOT IMPACT THE VALUE, DOES

7    IT?

8    A.      IT DEPENDS ON THE AMOUNT OF DAMAGE THAT OCCURS

9    AND HOW MANY OF THE OTHER PIECES IN THAT SAME TOMB ARE

10   IN BETTER CONDITION OR WORSE CONDITION.

11   Q.      SO IF THERE ARE OTHER PIECES THAT ARE IN BETTER

12   CONDITION, THAT WOULD BE MORE VALUABLE THAN ONE THAT IS

13   IN NOT-SO-GOOD CONDITION?

14   A.      AGAIN, DEPENDING ON HOW MANY OF THEM ARE

15   AVAILABLE ON THE MARKET.

16   Q.      IF THERE IS LESS OF THEM, THEN IT WOULD BE MORE

17   VALUABLE IN THE MARKET; IS THAT RIGHT?

18   A.      IF THERE ARE FEWER OF THEM AVAILABLE IN THE

19   MARKET, BUT THEY ARE IN THE BODY OF MATERIAL THAT ARE

20   AVAILABLE TO BE LOOKED AT THERE IS A CONSIDERABLE

21   NUMBER, THEN IT WOULD.

22   Q.      AND THE VALUE OF THE SAME OBJECT COULD BE

23   IMPACTED IF MORE PIECES -- LET'S SAY WE HAD TWO.  SO

24   LET'S SAY THERE ARE TWO KNEELING ARCHERS THAT ARE FOUND

25   AND THEY ARE RESTORING AND HAVE BEEN RECOVERED AT THE

1    TOMBS.  AND OF THESE TWO KNEELING ARCHERS, ONE HAS MORE

2    PIECES THAT HAVE BEEN UNABLE TO BE FOUND AND THAT ARE

3    MISSING, THE ONE THAT HAS MORE PIECES MISSING WOULD NOT

4    BE VALUED AS HIGHLY.

5                    IS THAT RIGHT?

6    A.      IT DEPENDS ON THE NATURE OF WHAT IS MISSING AND

7    THE QUANTITY.  AGAIN, IT'S NOT AN EXACT SCIENCE.

8    Q.      SO FOR EXAMPLE --

9    A.      THERE IS A BAND -- YOU KNOW, IT DIFFERS FROM

10   OBJECT TO OBJECT.

11   Q.      SO FOR OUR TWO KNEELING ARCHERS EXAMPLE, IF

12   THERE WAS ONE THAT HAD A PIECE THAT WAS MISSING FROM THE

13   SKIRT IN THE BACK OF IT, AND ANOTHER ONE THAT HAD A

14   FINGER THAT WAS MISSING, WOULD YOU VALUE -- WOULD THOSE

15   BE VALUED THE SAME, IN YOUR OPINION?

16   A.      YES.

17   Q.      EXACTLY THE SAME FOR THE SKIRT MISSING IN THE

18   BACK AND THE THUMB, THE FINGER?

19   A.      WELL, BECAUSE THE ORIGINAL INTENT IS TO PRESENT

20   IT AS A WHOLE.  SO UNLESS YOU HAVE A

21   SIGNIFICANT -- LET'S SAY YOU HAVE THE LEGS TOTALLY

22   MISSING ON ONE AND THE OTHER ONE HAD THE LEGS BROKEN BUT

23   THEY WERE THERE, THEN THERE IS GOING TO BE A SIGNIFICANT

24   DIFFERENCE.  FOR SMALL AMOUNTS OF MATERIAL, THERE IS NOT

25   GOING TO BE ANY DIFFERENCE.

1    Q.      IN YOUR OPINION, THAT LITTLE PIECE MISSING ON

2    THE BACK OF THE SKIRT AND THE FINGER, EXACTLY THE SAME,

3    RIGHT?

4    A.      I DON'T THINK THERE IS ANY RELEVANT SIGNIFICANCE

5    IN TERMS OF A MARKET VALUE.

6    Q.      MARKET VALUE, LET'S TALK ABOUT THAT FOR A

7    SECOND.  SO A MARKET VALUE IS WHERE THERE IS A WILLING

8    BUYER AND A WILLING SELLER, RIGHT?

9    A.      YES.

10   Q.      AND WE HAVE ESTABLISHED THAT THERE IS NO MARKET

11   FOR TERRACOTTA WARRIORS, RIGHT?

12   A.      WELL, THERE WOULD BE IF CHINA AUTHORIZED THE

13   SALE BUT THEY ARE NOT GOING TO AUTHORIZE THE SALE SO

14   THERE IS NO MARKET.

15   Q.      SO THAT'S A HYPOTHETICAL.  THAT'S NOT THE CASE,

16   RIGHT?

17   A.      YES.

18   Q.      SO AS OF RIGHT NOW, THERE IS ABSOLUTELY NO

19   MARKET FOR TERRACOTTA WARRIORS?

20   A.      YES.

21   Q.      SO THERE IS REALLY NO MARKET VALUE THAT CAN BE

22   ESTABLISHED FOR A TERRACOTTA WARRIOR, IS THERE?

23   A.      WELL, YOU HAVE TO ESTABLISH VALUES FOR INSURANCE

24   PURPOSES FOR TRAVEL, WHICH IS WHAT THEY HAD.

25   Q.      ABSOLUTELY.  AND NOW WE ARE TALKING ABOUT -- SO

1    WE ARE ESTABLISHING A VALUE AND THAT'S NOT DEPENDING ON

2    THE MARKET VALUE, OF WHAT A BUYER WOULD PAY A SELLER,

3    RIGHT?  YOU HAVE TO LOOK AT SOME OTHER METHOD?

4    A.    WELL, YOU HAVE TO LOOK AT -- AGAIN, THEN YOU ARE

5    LOOKING AT COMPARABLES IN THE MARKETPLACE.

6    Q.    LET'S TAKE A LOOK AT THE COMPARABLES THAT YOU

7    USED.  BECAUSE WHEN YOU LOOK AT ITEMS, SOME OF THE

8    FACTORS THAT YOU CONSIDER INCLUDE SIZE, RIGHT?

9    A.    YES.

10    Q.    AND IT INCLUDES RARITY OF THAT PARTICULAR TYPE

11    OR MODEL, YES?

12    A.    YES.

13    Q.    AND INCLUDES THE FRAGILITY OF THE ITEM, RIGHT?

14    A.    YES.

15    Q.    SO FOR EXAMPLE, TERRACOTTA IS MORE FRAGILE, AS

16    YOU STATED, THAN BRONZE OR THAN JADE OR EVEN THAN

17    PORCELAIN?

18    A.    YES.

19    Q.    AND YOU ALSO NEED TO CONSIDER THE PROVENANCE?

20    A.    YES.

21    Q.    AND PROVENANCE IS A HISTORY OF OWNERSHIP, RIGHT?

22    A.    YES.

23    Q.    AND THAT -- ANOTHER FACTOR WOULD INCLUDE

24    HISTORIC ASSOCIATION, RIGHT?

25    A.    YES.

1    Q.       AND I THINK YOU SAID BEFORE WE GET TO THE

2    COMPARABLES, ON PAGE 11 OF YOUR REPORT, THAT MINGQI DO

3    NOT INCORPORATE SPECIFIC HAND POSITIONS.

4    A.       NO.

5    Q.       SO IN THE TERRACOTTA WARRIORS, WHEN THERE ARE

6    DIFFERENT TYPES OF WARRIORS THAT ARE THERE AND THEY HAVE

7    DIFFERENT HAND POSITIONS FOR THE TYPE, ARE YOU SAYING

8    THAT THAT'S NOT INCORPORATING DIFFERENT HAND POSITIONS?

9    A.       NO. THEY ARE DEPICTING THE FUNCTION OF THE

10   FIGURE.  YOU ARE NOT COMMUNICATING EXTRA INFORMATION.

11   IT'S NOT A LANGUAGE.

12   Q.       SO IN OTHER WORDS -- SO YOUR VIEW OF THE

13   IMPORTANCE OF HANDS THEN IS ONLY IF IT COMMUNICATES

14   SOMETHING ELSE AS LANGUAGE AS OPPOSED TO COMMUNICATING

15   FUNCTION; IS THAT RIGHT?

16   A.       NO.  IT'S THE HUMANNESS OF THE FIGURE.  WE ARE

17   DEPICT -- WHAT WAS INTENDED TO BE DEPICTED WAS THAT

18   THESE ARE SOLDIERS, GUARDIANS WHO ARE FULLY FUNCTIONAL

19   TO PERFORM THAT FUNCTION IN THE NEXT WORLD.

20   Q.       AND BY LOOKING AT THE FIGURES WITH WHAT THEIR

21   HANDS ARE DOING, IT HELPS US DETERMINE IN SOME CASES

22   WHAT THOSE FIGURES WERE DOING, RIGHT?

23   A.       YES.

24   Q.       SO IF WE TURN TO YOUR COMPARABLES, THE FIRST ONE

25   THAT YOU LOOKED AT WAS A GREEN-GLAZED POTTERY FIGURE OF

1      A DUCK FROM THE HAN DYNASTY, RIGHT?

2      A.      YES.

3      Q.      YOU DIDN'T LIST THE SIZE OF THIS DUCK, DID YOU?

4      A.      I DID NOT.

5      Q.      DO YOU KNOW HOW LARGE THAT DUCK IS?

6      A.      NO, THESE ARE NOT VERY LARGE.  BUT THE

7      COMPARABLES THAT ARE HERE ARE FOR THE PURPOSES OF

8      LOOKING AT THE DIGIT, WHICH IS AN ELEMENT FROM THE

9      FIGURE.  SO WE ARE NOT TAKING THAT FIGURE --

10     Q.      MR. MASON, MY QUESTION WAS --

11             MS. MACEOIN:  OBJECTION, YOUR HONOR, I

12     ASKED THAT HE BE ALLOWED TO FINISH HIS ANSWER.

13             THE COURT:  HE HAS ANSWERED.

14     BY MS. NEWTON:

15     Q.      YOU DIDN'T LIST THE SIZE OF THE DUCK, DID YOU?

16     A.      I DID NOT.

17     Q.      OKAY.  AND THE DUCK YOU SAID IS SMALL, RIGHT?

18     A.      YES.  GENERALLY, THESE ARE ABOUT 10 INCHES LONG.

19     Q.      AND WHEN I AM GOING TO COMPARE IT TO FOR THE

20     MOMENT IS TO THE CAVALRYMAN, THE TERRACOTTA WARRIOR.

21     THE TERRACOTTA WARRIOR IS LIFE-SIZED; IS THAT RIGHT?

22     A.      YES.

23     Q.      AND THIS DUCK FROM THE HAN DYNASTY, THERE IS NO

24     PROVENANCE LISTED FOR THIS DUCK, IS THERE?

25     A.      YOU KNOW, I DIDN'T PUT IT IN IF THERE WERE.

```
1    SOMETIMES THERE IS BUT IT'S NEVER --

2    Q.      LOOKING AT THIS --

3    A.       -- I CAN TELL YOU IT'S NEVER INCLUDED IN THE

4    NAME OF THE TOMB THAT THESE THINGS COME FROM.

5    Q.      SO IN OTHER WORDS --

6    A.      NEVER, NEVER.

7    Q.      WE DON'T KNOW WHO THE OWNER -- WE DON'T KNOW THE

8    HISTORY OF THE OWNERSHIP OF THIS PARTICULAR DUCK, DO WE?

9    A.      WE WOULD KNOW -- NOT THIS PARTICULAR -- WELL, WE

10   PROBABLY WOULD IF I WENT BACK AND INCLUDED IT.  BUT IT'S

11   NOT GOING TO BE THE ORIGINAL OWNER OF THE DUCK, THE

12   CHINESE PERSON WHO DIED WHO HAD THIS INCLUDED IN THE

13   TOMB.

14   Q.      BECAUSE WE DON'T KNOW WHO THAT IS?

15   A.      WE DON'T KNOW WHO THAT IS.  AND THAT INFORMATION

16   IN SOME CASES WAS KNOWN, BUT IT WAS FROM A PERIOD OF

17   TIME WHERE THOSE RECORDS WERE NOT CONSIDERED IMPORTANT.

18   Q.      AND FOR YOUR REPORT, MR. MASON, YOU DON'T

19   HAVE -- YOU DON'T KNOW WHAT TOMB THIS DUCK CAME FROM --

20   A.      CORRECT.

21   Q.      -- DO YOU?

22           NOW, THE HAN DYNASTY WAS THE DYNASTY

23   RIGHT AFTER THE QIN DYNASTY; IS THAT RIGHT?

24   A.      YES.

25   Q.      SO IT'S 100 YEARS LATER, PERHAPS?
```

1    A.        IT COULD BE TEN YEARS LATER.  SO IT WAS

2    IMMEDIATELY AFTERWARD.

3    Q.        IT WAS RIGHT AFTER.  ALL RIGHT.

4                 NOW, THIS PARTICULAR DUCK, IT DOESN'T

5    APPEAR TO BE MISSING ANY PARTS FROM IT, DOES IT?

6    A.        YOU KNOW, ON THIS ONE, THE CONDITION REPORT

7    STATES THAT THERE WERE RESTORED BREAKS OF THE NECK,

8    LEGS, FEET; RETOUCHING OF THE GLAZE -- SO THAT WOULD

9    MEAN THAT THE GLAZE HAS FLAKED -- AND OTHER SMALL

10   LOSSES, SO NOT MUCH IN THE WAY OF RESTORATION.

11   Q.        ALL RIGHT.  SO THAT WAS MY QUESTION.

12   A.        MORE OF REPAIR.

13   Q.        I DIDN'T ASK YOU ABOUT RESTORATION.  WHAT I

14   ASKED YOU IS, THIS DOES NOT APPEAR THAT THERE ARE ANY

15   PIECES MISSING FROM THIS DUCK, DOES THERE?

16   A.        ASIDE FROM THE GLAZE.

17   Q.        THE GLAZE IS JUST THE TOP LATER, WHICH WOULD BE

18   FLAKING OR SMALL PIECES, NOT ACTUALLY A PIECE OF THE

19   PHYSICAL -- THE PHYSICAL DUCK BODY THAT IS MISSING,

20   CORRECT?

21   A.        NO, YOU ARE CORRECT.

22   Q.        NOW, IF YOU COULD TAKE A LOOK AT YOUR SECOND

23   ITEM, WHICH IS THE CHINESE PAINTED POTTERY FIGURE OF A

24   BACTRIAN CAMEL FROM THE TANG DYNASTY.

25   A.        YES.

1    Q.       FOR THIS PARTICULAR ITEM, ACCORDING TO YOUR

2    CONDITION REPORT HERE, THERE IS A PIECE MISSING, THE

3    PROPER LEFT EAR.

4    A.       CORRECT.

5    Q.       RIGHT, AND THAT THE SURFACE IS FLAKING AND

6    LIFTING.

7    A.       YES.

8    Q.       HOW BIG IS THIS CAMEL?

9    A.       THE SPECIFIC SIZE ON THESE I DID NOT INCLUDE.  I

10   CAN TELL YOU WHAT THEY USUALLY ARE, IF THAT'S HELPFUL.

11   Q.       CERTAINLY.

12   A.       OKAY.  SO THIS TYPE IS USUALLY ABOUT 12 INCHES

13   HIGH.

14   Q.       SO IT'S ABOUT A FOOT HIGH?

15   A.       YES.

16   Q.       AND THE -- THIS IS FROM THE TANG DYNASTY, RIGHT?

17   A.       YES.

18   Q.       AND THAT TANG DYNASTY IS ABOUT 1,000 YEARS AFTER

19   THE QIN DYNASTY, CORRECT?

20   A.       IT'S ACTUALLY NOT.  IT'S 600 A.D.

21   Q.       AND HOW LONG DOES THE TANG DYNASTY GO ON?

22   A.       IT GOES THROUGH THE TENTH CENTURY.

23   Q.       SO IT'S A PRETTY LONG PERIOD OF TIME.

24   A.       IT IS.

25   Q.       DO YOU KNOW WHEN IN THE TANG DYNASTY THAT THIS

1   PARTICULAR ITEM WAS CREATED?

2   A.      THEY TENDED TO BE THE SAME SORT OF MODELS.  THE

3   EARLIER MODELS TEND TO BE A STRAW COLOR, A YELLOW COLOR.

4   THE LATER ONES TEND TO HAVE MORE COLOR.

5   Q.      ARE YOU ABLE TO TELL FROM THIS PARTICULAR ONE

6   WHICH -- WHICH -- WHERE THIS WAS FROM?

7   A.      I AM NOT ABLE TO GIVE YOU A SPECIFIC PERIOD OF

8   TIME.

9   Q.      AND WE ALSO, AGAIN, DO NOT KNOW WHICH TOMB THIS

10  CAME FROM, DO WE?

11  A.      CORRECT.

12  Q.      AND WE HAVE NO PROVENANCE FOR THIS PARTICULAR

13  TANG CAMEL, DO WE?

14  A.      NOT IN MY DOCUMENT.  I AM SURE THAT THERE WOULD

15  BE.

16  Q.      BUT YOU DON'T KNOW WHEN IT IS, AND YOU DIDN'T

17  PUT IT IN YOUR REPORT, DID YOU?

18  A.      I DID NOT PUT THAT IN THE REPORT, NO.

19  Q.      IF WE LOOK AT NUMBER 3 -- PERHAPS YOU CAN HELP

20  ME -- SANCAI?

21  A.      SANCAI.

22  Q.      SANCAI GLAZED --

23  A.      THREE COLOR.

24  Q.      -- POTTERY FIGURE OF A CAMEL, ANOTHER CAMEL FROM

25  THE TANG DYNASTY, CORRECT?

1    A.      YES.

2    Q.      THIS ONE AGAIN, YOU DID NOT LIST THE DIMENSIONS,

3    DID YOU?

4    A.      I DID NOT.

5    Q.      MS. RABSTEJNEK USED THIS SAME CAMEL IN HER

6    REPORT, DIDN'T SHE?

7    A.      I DIDN'T CHECK HER REPORT, SO I DON'T KNOW.

8    Q.      DID YOU CONSULT WITH MS. RABSTEJNEK WHEN YOU

9    WERE PREPARING YOUR REPORTS?

10   A.      I DID NOT.

11   Q.      SHE HAS INDICATED THAT THIS PARTICULAR CAMEL WAS

12   23 AND THREE-QUARTERS INCHES TALL.

13                  DOES THAT MAKE SENSE TO YOU?

14   A.      IT DOES MAKE SENSE.

15   Q.      AND THIS PARTICULAR CAMEL, ACCORDING TO THE

16   CONDITION REPORT, ALTHOUGH THERE HAD BEEN SOME

17   REATTACHMENT OF PARTS AND SOME DEGRADATION OF THE GLAZE,

18   THERE'S NO PIECES MISSING, IS THERE?

19   A.      THAT'S ACTUALLY NOT TRUE BECAUSE IT SAYS SHOWING

20   SIGNS OF RESTORATION, WHICH WOULD INDICATE NEW MATERIAL

21   HAS BEEN ADDED.

22   Q.      MY QUESTION WAS, THERE AREN'T LISTED THERE'S ANY

23   PIECES MISSING, DOES THERE?

24   A.      THAT WOULD BE -- THAT WOULD INFER MISSING

25   PIECES.

1    Q.       I'M SORRY.   WHEN YOU SAY "RESTORATION," THAT

2    MEANS A PIECE IS MISSING?

3    A.       YES, AND THEY PUT IN NEW MATERIAL FOR THE

4    MISSING PIECE.

5    Q.       AND DOES THAT --

6    A.       WE DON'T KNOW HOW BIG THAT WOULD BE, AND IT'S

7    NOT UNUSUAL WHERE YOU HAVE A BREAK WHERE THERE WILL BE,

8    YOU KNOW, THINGS THAT ARE JUST PULVERIZED AND FALL OFF.

9    Q.       BUT IN HERE, THIS ONE WAS ACTUALLY -- IT WAS

10   RESTORED TO APPEAR AS A WHOLE CAMEL, CORRECT?

11   A.       YES.

12   Q.       NOW, LOOKING AT THE NEXT FIGURE, WHICH IS

13   NUMBER 4, ANOTHER LARGE PAINTED POTTERY FIGURE OF A

14   BACTRIAN CAMEL, AGAIN, FROM THE TANG DYNASTY.   AND

15   AGAIN, THERE IS NO DIMENSION LISTED.

16            ABOUT HOW BIG IS THIS CAMEL?

17   A.       PROBABLY CLOSE TO THE SAME SIZE AS THE OTHER.   I

18   DON'T KNOW.   YOU KNOW, I DID NOT PUT THAT IN THE REPORT.

19   Q.       AND WE DON'T KNOW WHICH TOMB THIS IS FROM, DO

20   WE?

21   A.       CORRECT.

22   Q.       AND WE DON'T HAVE ANY PROVENANCE FOR THIS CAMEL,

23   DO WE?

24   A.       NOT FROM THE CHINESE TOMB, NO.

25   Q.       AND IN THIS PARTICULAR -- THIS PARTICULAR ITEM,

1    AGAIN, THERE IS A -- THE CONDITION REPORT LISTS THAT

2    THERE WERE BREAKS, THERE WERE REPAIRS.  AND THERE IS

3    ALSO -- ONE OF THE FOUR LEGS WAS REPLACED, WHICH MEANS

4    TO YOU, IN YOUR WORDS, THAT'S RESTORATION, CORRECT?

5    A.    LET'S SEE.  EXPECTED BREAKS TO ALL FOUR LEGS,

6    UPPER SECTION OF ONE OF THE FOUR LEGS IS REPLACED.

7              SO THAT WOULD BE A RESTORATION, YES.

8    Q.    BUT HERE THE CAMEL APPEARS TO BE -- WITH THE

9    RESTORATION REPAIR, APPEARS TO BE COMPLETE.

10             IS THAT A FAIR STATEMENT?

11   A.    YES.

12             MS. NEWTON:  AND IF YOU TAKE A LOOK AT

13   NUMBER 5 FOR ME ON THE NEXT PAGE, ANOTHER GRAY POTTERY

14   CAMEL, AGAIN FROM THE TANG DYNASTY.

15   BY MS. NEWTON:

16   Q.    AND HERE, THIS ONE, AGAIN YOU'VE INDICATED THAT

17   IT HAS SOME RESTORATION BUT -- AND OTHER THAN TYPICAL

18   FLAKING AND LOSS TO THE PAINTED SURFACE, IT APPEARS TO

19   BE COMPLETE.

20   A.    YES.

21   Q.    IS THAT FAIR?

22             HOW LARGE IS THIS CAMEL?

23   A.    IT'S LIKELY TO BE SIMILAR TO THE SIZE OF THE

24   OTHER ONE THAT WE HAD HERE BEFORE, NUMBER 2.  BUT I

25   DON'T KNOW.

1              MS. NEWTON:  AND LOOKING AT NUMBER 6,

2    ANOTHER SANCAI FIGURE OF A BACTRIAN CAMEL, AGAIN FROM

3    THE TANG DYNASTY.

4    BY MS. NEWTON:

5    Q.      AND HERE AGAIN, LOOKING AT THE CONDITION REPORT,

6    THERE HAVE BEEN BREAKS.  IT HAD -- IT'S BEEN REPAIRED

7    AND OTHERWISE IS IN GOOD CONDITION.

8              IS THAT A FAIR STATEMENT?

9    A.      YES.

10   Q.      SO THERE ARE NO PIECES MISSING FROM -- FROM

11   LOOKING -- THIS APPEARS TO BE COMPLETE, CORRECT?

12   A.      YES.  AND THESE CONDITION REPORTS ARE NOT MINE.

13   THESE WERE PROVIDED THROUGH THE AUCTION HOUSE EXPERTS.

14   Q.      SO YOU ARE JUST ADOPTING WHAT THE AUCTION HOUSE

15   HAD TOLD YOU ABOUT THESE?

16   A.      WELL, THEY PUBLISHED THIS, AND THESE ARE ALL

17   GUARANTEED BY THE AUCTION HOUSE.  IF THEY FIND OUT THAT

18   THEY ARE NOT ACCURATE, THEY ARE RETURNED TO THE AUCTION

19   HOUSE.

20   Q.      SO YOU DIDN'T -- FOR ANY OF THESE OBJECTS, YOU

21   DIDN'T ACTUALLY LOOK AT THE OBJECTS THEMSELVES, YOU JUST

22   LOOKED AT WHAT YOU -- INFORMATION YOU OBTAINED FROM THE

23   AUCTION HOUSES; IS THAT RIGHT?

24   A.      I DID.  AND THE ONLY AUCTION HOUSE THAT I KNOW

25   THAT PUBLISHES AND GUARANTEES ONLINE IN THEIR DATABASE

1    IS SOTHEBY'S, WHICH IS WHY I USED THAT AS THE CHOICE.

2                    MS. NEWTON:   NOW, IF WE COULD TAKE A LOOK

3    AT -- THEN YOU HAVE A SECOND GROUP THAT YOU STATED THAT

4    YOU USED, NOT THE ANIMAL FIGURES ANYMORE BUT NOW WE ARE

5    LOOKING AT SOME OTHER TYPES OF FIGURES.

6                    AND AGAIN, LOOKING AT NUMBER 7, THE

7    SANCAI GLAZED POTTERY FIGURE FROM THE TANG DYNASTY AND

8    AGAIN --

9    BY MS. NEWTON:

10   Q.     WHAT -- ANY IDEA ON THE DIMENSIONS OF THIS

11   FIGURE?

12   A.     I DO.   THESE ARE USUALLY QUITE LARGE.

13   Q.     HOW LARGE IS "QUITE LARGE"?

14   A.     ANYWHERE FROM 36 TO 40-SOMETHING INCHES HIGH.

15   Q.     SO WE'RE TALKING 3 FEET TO LESS THAN 4 FEET.   IS

16   THAT A FAIR STATEMENT?

17   A.     SOMEWHERE IN THERE.   3 OR 4 FEET USUALLY.

18   Q.     ALL RIGHT.   AND THIS, AGAIN, IS FROM THE TANG

19   DYNASTY, AND IT ALSO APPEARS, FROM THE CONDITION REPORT,

20   WHICH YOU PUT IN YOUR REPORT, THAT THERE WERE RESTORED

21   BREAKS BUT THERE DO NOT APPEAR TO BE -- THE OBJECT IS

22   COMPLETE.   THERE ARE NO PIECES MISSING FROM THIS OBJECT.

23                    IS THAT A FAIR STATEMENT?

24   A.     WELL, THERE'S RESTORATION ON THE FINGERS OF THE

25   OPEN HAND, WHICH WOULD BE, AGAIN -- YOU KNOW, AND IT

```
 1      SAYS GLAZED RESTORATION, WHICH IN -- YOU KNOW, NEW

 2      MATERIAL HAS BEEN USED.

 3                  MS. NEWTON:  LOOKING AT NUMBER 8, THIS IS

 4      ANOTHER FIGURE FROM THE TANG DYNASTY.

 5      BY MS. NEWTON:

 6      Q.      HOW LARGE IS THIS ONE?

 7      A.      IT WOULD BE ABOUT THE SAME SIZE.

 8      Q.      SO YOU ARE SAYING THIS ONE AGAIN IS SOMEWHERE

 9      BETWEEN 3 AND 4 FEET?

10      A.      USUALLY THAT'S THE SIZE, YES.

11      Q.      COULD IT BE SMALLER?

12      A.      IT -- VERY SLIGHTLY.  NO.  I DOUBT IT.  IT COULD

13      BE.  THESE ARE FAIRLY COMMON FIGURES THAT COME UP FOR

14      SALE.

15      Q.      "COMMON"?  WHEN YOU SAY "COMMON," WHAT DO YOU

16      MEAN BY "COMMON"?

17      A.      THAT MEANS THEY COME UP FOR SALE WITH ENOUGH

18      REGULARITY THAT THE SIZE IS RELATIVELY PREDICTABLE.

19      Q.      SO THESE ARE NOT -- YOU WOULD NOT CALL THESE

20      PARTICULARLY RARE.  IS THAT A FAIR STATEMENT?

21      A.      THEY BECOME RARE BY VIRTUE OF THE DETAILED WORK

22      THAT TAKES PLACE ON THE FIGURE, YOU KNOW, PAINTING,

23      GILDING, OTHER KINDS OF THINGS THAT CAN OCCUR.

24      Q.      SO IF I UNDERSTAND YOU CORRECTLY, THESE ARE

25      COMMON IN ONE SENSE, BUT PERHAPS THEY'RE RARE IN ANOTHER
```

1    SENSE?

2    A.      NO.  IT DEPENDS ON THE INDIVIDUAL FIGURE, HOW

3    MUCH HAND- -- YOU KNOW, YOU CAN SAY HANDWORK BUT

4    ADDITIONAL WORK TOOK PLACE.

5    Q.      SO HANDWORK --

6    A.      SO THIS BASIC -- YOU HAVE A BASIC MODEL, BECAUSE

7    THESE CAME OUT OF MOLDS.  SO IF YOU WANTED TO BUY THE

8    INEXPENSIVE VERSION, IT MIGHT BE UNPAINTED.  AND IF YOU

9    WANTED TO GET THE REALLY FANCY VERSION, IT WOULD BE VERY

10   LARGE AND IT WOULD BE GILDED AND IT WOULD HAVE LOTS OF

11   HAND-PAINTING AND MAYBE AN ADDITIONAL COLOR SUCH AS

12   BLUE, AND THE MODELING WOULD BE A LITTLE BIT BETTER.

13   Q.      SO IF I UNDERSTAND YOU CORRECTLY, THESE COME

14   FROM A MOLD.  IF THEY HAVE MODELING, THEN THAT CAN

15   INCREASE THE VALUE OF THEM.

16             IS THAT A FAIR STATEMENT?

17   A.      DEPENDING ON HOW MUCH OF THE MODELING THERE IS,

18   YES, AND THE NATURE OF WHERE IT IS.

19             MS. NEWTON:  LOOKING AT NUMBER 9, THIS IS

20   A HAN DYNASTY POTTERY HORSE.

21   BY MS. NEWTON:

22   Q.      I BELIEVE YOU HAD TESTIFIED -- CORRECT ME IF I'M

23   WRONG -- THAT ORIGINALLY THIS PARTICULAR HORSE HAD

24   WOODEN LEGS ON IT; IS THAT RIGHT?

25   A.      MANY OF THEM HAD WOODEN, SOME HAD CLAY, BUT A

1      LOT OF THEM HAD LACQUERED WOOD LEGS.

2      Q.      AND WE DON'T KNOW WHAT TYPE THIS PARTICULAR

3      HORSE HAD, DO WE?

4      A.      IF I HAD IT IN FRONT OF ME, I COULD TELL YOU,

5      BUT I CAN'T BECAUSE IT'S NOT, SO...

6      Q.      YOU DIDN'T PUT IT IN YOUR REPORT, DID YOU?

7      A.      WELL, AND IT WAS NOT IN THE ORIGINAL AUCTION

8      SALE CATALOGUE OR OTHERWISE, BECAUSE NOBODY KNOWS

9      BECAUSE THEY'VE BEEN DISASSOCIATED FROM THE FIGURE.

10     Q.      SO WE DON'T KNOW; IS THAT CORRECT?

11     A.      WE DON'T KNOW, CORRECT.

12     Q.      AND AGAIN, WE DON'T KNOW WHAT TOMB THIS

13     PARTICULAR ITEM IS FROM, DO WE?

14     A.      TRUE.

15     Q.      AND AGAIN, WE HAVE ANOTHER HORSE FROM THE HAN

16     DYNASTY.  AND SIMILARLY HERE, DID THIS ONE, TO YOUR

17     KNOWLEDGE, ORIGINALLY HAVE LEGS?

18     A.      YOU CAN TELL THAT THEY DID BECAUSE THERE'S

19     APERTURES WHERE THE LEGS WOULD FIT IN.

20     Q.      SO IN THIS CASE, THE LEGS ARE MISSING, RIGHT?

21     A.      APPARENTLY SO, BECAUSE THEY ALL HAVE -- ALL OF

22     THESE MODELS THAT I AM AWARE OF HAVE THIS PLACE FOR THE

23     LEGS TO FIT.

24     Q.      AND THIS ONE, AGAIN, WE DON'T KNOW WHAT TOMB

25     IT'S FROM, DO WE?

1    A.       NO.

2                    MS. NEWTON:   AND LOOKING AT YOUR LAST

3    SET, THE SET OF 11 UNGLAZED POTTERY HORSE HEADS FROM THE

4    HAN DYNASTY.

5    BY MS. NEWTON:

6    Q.       WE DON'T KNOW WHERE THESE ARE FROM, DO WE?

7    A.       NO.

8    Q.       MR. MASON, YOU STATED THAT YOU HAVE BEEN TO

9    XI'AN AND BEEN TO XI'AN SEVERAL TIMES AND ACTUALLY GOT

10   TO GO INTO ONE OF THE PITS ON A PLATFORM AND HAVE A

11   PHOTO TAKEN, DIDN'T YOU?

12   A.       YES.

13   Q.       ARE YOU FAMILIAR WITH THE CLASSIFICATION THAT

14   THE CHINESE GOVERNMENT USES FOR THE TERRACOTTA WARRIORS?

15   A.       I AM IN A GENERAL SENSE.  I AM NOT IN THE MUSEUM

16   WORLD, ALTHOUGH I HAVE BEEN A CURATOR AND ADVISED.  BUT

17   IT'S NOT SOMETHING THAT I NEED TO DO IN MY CAREER.  SO I

18   DON'T KNOW THE SPECIFICS OF THE CRITERIA THAT THEY USE.

19   Q.       SO YOU DON'T -- YOU ARE NOT FAMILIAR --

20   A.       EXCEPT IN A GENERAL SENSE.

21   Q.       YOU ARE NOT FAMILIAR WITH THE FACT THAT A

22   CLASS 1 RELIC CAN ONLY BE CLASSIFIED AS CLASS 1 IF IT'S

23   CONSIDERED COMPLETE, IF IT'S WELL-PROPORTIONED, AND IF

24   IT HAS A VIVIDNESS TO THE FIGURE?

25   A.       I'M -- I DID NOT.  YOU KNOW, I DON'T KNOW THE

1      EXACT WORDS, BUT I UNDERSTAND THERE IS A DISTINCTION

2      BETWEEN CLASS 1 AND THE OTHER CLASSES.

3      Q.      OKAY.  AND SO YOU KNOW THERE'S A DISTINCTION,

4      BUT ARE YOU AWARE THAT CLASS 2 IS WHEN THE FIGURE IS NOT

5      COMPLETE, WHEN THERE IS SOME DAMAGE TO THE FIGURE?

6                  ARE YOU AWARE OF THAT?

7      A.      WHATEVER YOU ARE SAYING I AM SURE IS TRUE.

8      Q.      AND CLASS 3 IS A FIGURE THAT'S --

9                  MS. MACEOIN:  OBJECTION, YOUR HONOR.

10     HE'S JUST TESTIFIED THAT HE IS NOT FAMILIAR WITH THE

11     CLASSIFICATION SYSTEM.  SO HE'S ANSWERED THE QUESTION.

12                 THE COURT:  WELL, HE SAID GENERALLY, SO I

13     AM GOING TO OVERRULE THE OBJECTION.

14     BY MS. NEWTON:

15     Q.      SO ARE YOU FAMILIAR WITH THE FACT THAT CLASS 3,

16     FOR THE TERRACOTTA WARRIORS, IS A HEAVILY DAMAGED

17     TERRACOTTA WARRIOR?

18     A.      AGAIN, JUST -- NOT TO -- YOU KNOW, NOT

19     SPECIFICALLY UNTIL WHAT YOU'VE SAID.

20     Q.      NOW, YOU TALKED ABOUT ON YOUR DIRECT EXAMINATION

21     THAT YOU DID LOOK AT THE LIST OF THE TERRACOTTA WARRIORS

22     AND THE HORSE THAT WERE LOANED TO THE FRANKLIN INSTITUTE

23     IN 2017, CORRECT?

24     A.      THE LIST THAT'S HERE?

25     Q.      YES, THAT --

1    A.       YES.

2    Q.       SO IT'S GOVERNMENT EXHIBIT 5, WHICH IS WHAT

3    YOU'RE LOOKING AT RIGHT NOW?

4    A.       YES.

5    Q.       AND ALL OF THE ITEMS THAT ARE LISTED ON THAT

6    PARTICULAR LIST ARE CLASS 1 RELICS, AREN'T THEY?

7    A.       YES.

8    Q.       AND THE VALUES LISTED FROM THOSE ITEMS RANGE

9    FROM APPROXIMATELY $4.3 MILLION UP TO $5.5 MILLION --

10   A.       YES.

11   Q.       -- IS THAT RIGHT?

12            YOU DIDN'T LOOK AT THE CONDITION REPORTS

13   FOR THOSE TEN OBJECTS, DID YOU?

14   A.       NO, I DID NOT.

15   Q.       SO YOU DON'T KNOW WHAT THE -- WHAT, IF ANY,

16   RESTORATION OR REPAIR WAS DONE TO ANY OF THOSE OBJECTS,

17   DO YOU?

18   A.       I DON'T KNOW THE SPECIFIC TYPE OF RESTORATION OR

19   REPAIR, ONLY THAT THERE HAD TO BE SOME SORT OF

20   RESTORATION OR REPAIR.

21   Q.       BECAUSE THE TERRACOTTA WARRIORS, AS YOU

22   TESTIFIED, WERE ALL FOUND IN FRAGMENTS; ISN'T THAT

23   RIGHT?

24   A.       TO ONE DEGREE OR ANOTHER, YES.

25   Q.       SO SOME, MORE FRAGMENTS THAN OTHER FRAGMENTS,

1    CORRECT?

2    A.     YES.

3    Q.     BUT TO YOUR KNOWLEDGE, THERE WAS NO TERRACOTTA

4    WARRIOR THAT WAS FOUND WHOLE, RIGHT?

5    A.     I ACTUALLY DON'T -- YOU KNOW, THE NATURE OF

6    DAMAGE INCLUDES NOT JUST THE COLLAPSE OF THE TOMB.  WE

7    ALL ARE UNDERGOING CHANGE.  WE ALL AGE, AND WE HAVE --

8    AND THAT'S JUST A NATURAL PHENOMENON THAT HAPPENS WITH

9    EVERYTHING, WHETHER IT'S WATER ACTION, OXIDATION, FIRE,

10   WHATEVER IT IS.  SO ALMOST CERTAINLY THERE WAS DAMAGE OF

11   SOME SORT THAT OCCURRED IN THE TOMB, EVEN FOR THINGS --

12   IF SOMETHING MIRACULOUSLY ESCAPED HAVING THE ROOF

13   COLLAPSE, THERE IS GOING TO BE SOME SORT OF DEGRADATION

14   TO THAT FIGURE THAT CHANGES IT FROM HOW IT ORIGINALLY

15   APPEARED.

16   Q.     AND MY QUESTION TO YOU, MR. MASON, WAS:  YOU

17   DON'T KNOW THAT THERE WAS ANY TERRACOTTA WARRIOR THAT

18   WAS FOUND WHOLE AT THE TERRACOTTA WARRIOR SITE, DO YOU?

19   A.     NO.

20   Q.     AND IT'S LIKELY THERE WAS NOT ONE THAT WAS FOUND

21   WHOLE, ISN'T IT?

22   A.     LIKELY NOT.

23   Q.     BECAUSE OF THE FRAGILITY OF TERRACOTTA, FOR

24   EXAMPLE, CORRECT?

25   A.     CORRECT.

1    Q.        AND THE WAY THAT THESE TOMBS WERE UNDERGROUND,

2    AND WE KNOW THAT ROOFS COLLAPSED AND THEY WERE FOUND IN

3    PITS, CORRECT?

4    A.        CORRECT.

5    Q.        SO ARE YOU AWARE THAT -- OF HOW MANY CAVALRYMEN

6    IN THE TERRACOTTA WARRIORS HAVE BEEN -- ACTUALLY BEEN --

7    WE'LL CALL IT -- RESTORED AND REPAIRED TO AN -- TO A --

8    AS COMPLETE AS THEY CAN BE IN THAT STATE?

9    A.        A RELATIVELY SMALL NUMBER.

10   Q.        A RELATIVELY SMALL -- DO YOU KNOW THAT IT'S SIX?

11   A.        I DON'T REMEMBER THE NUMBER.

12   Q.        DOES THAT SOUND -- DOES THAT SOUND CORRECT?

13   A.        IT SOUNDS PLAUSIBLE, YES.

14   Q.        ARE YOU AWARE THAT ONLY TWO OF THOSE SIX

15   CAVALRYMEN ARE CLASSIFIED AS CLASS 1 RELICS?

16   A.        NOT UNTIL YOU TOLD ME, BUT THANK YOU.

17   Q.        YOU ARE VERY WELCOME.

18             AND YOU ARE AWARE THAT THE CAVALRYMAN

19   THAT WAS AT THE FRANKLIN INSTITUTE WAS A CLASS 1 RELIC;

20   IS THAT RIGHT?

21   A.        YES.

22   Q.        IN TALKING ABOUT YOUR -- YOUR VALUATION, YOU

23   USED THIS CUBIC CENTIMETER APPROACH AND WHAT YOU STATED

24   WAS THAT YOU LOOKED AT DIGIT-SIZED VALUES AND BASED ON

25   THAT, SO THE THUMB THAT WAS BROKEN AND TAKEN FROM THE

1      CAVALRYMAN IS NOT ANY DIFFERENT FROM ANY OTHER PART ON

2      THAT CAVALRYMAN IN TERMS OF ITS VALUE TO THE WHOLE.

3                     DO I UNDERSTAND WHAT YOU SAID CORRECTLY?

4      A.      IF YOU ARE USING THAT SIZE MEASUREMENT.  ALL THE

5      DISTINCTIVE FEATURES THAT MIGHT BE PRESENT, LET'S SAY,

6      WITH A FACE OR AN EAR WHERE YOU HAVE AN INTACT EAR OR --

7      YOU KNOW, THE EXAMPLE THAT WE HAVE HERE OF THE HORSE

8      HEADS, BECOMES FRAGMENTARY AND THEREFORE LOSES MOST OF

9      THE ARTISTRY THAT IS THERE.  SO THERE MIGHT BE

10     INDIVIDUAL MINOR DISTINCTIONS IN TERMS OF VALUE.

11                    IF YOU WENT THROUGH THAT PROCESS, I THINK

12     IT WOULD BE AN EXTRAORDINARILY DIFFICULT PROCESS TO TRY

13     TO FIGURE THAT OUT.  BUT FOR THE VAST MAJORITY OF THE

14     PIECES THAT WOULD BE THERE, IT WOULD BE ALMOST

15     INDISTINGUISHABLE ONE FROM ANOTHER.

16     Q.      IF I UNDERSTOOD YOU CORRECTLY, WHAT YOU ARE

17     SAYING IS THAT IT WOULDN'T MATTER WHAT DIGIT-SIZED PIECE

18     CAME FROM ANYWHERE ON THE CAVALRYMAN, YOU WOULD STILL

19     VALUE THAT AS REALLY $130 BUT WE WILL UP IT BECAUSE OF

20     THE HISTORICAL ASSOCIATION?

21     A.      I WOULD SAY THAT THE VALUE WOULD BE VERY

22     DIFFICULT TO DETERMINE, BECAUSE A LOT OF IT IS GOING TO

23     BE MARKET SENTIMENT AT THAT MOMENT, AND THE MAJORITY OF

24     THE PIECES ARE GOING TO BE INDISTINGUISHABLE.  IT'S

25     GOING TO BE LIKE LOOKING AT A JIGSAW PUZZLE.  YOU ARE

1   GOING TO LOOK AT IT AND THE MAJORITY OF THE THINGS, YOU

2   ARE GOING TO GO:  WHAT PART OF THE PUZZLE IS THIS?  I

3   CAN'T TELL.  I CAN SEE WHEN IT'S ALL DONE, IT MAKES

4   SENSE, BUT THE INDIVIDUAL PIECES, I CANNOT SEE.

5   Q.     LET ME ASK YOU THIS:  THE THUMB IS RECOGNIZABLE

6   AS A THUMB, ISN'T IT?

7   A.     IT IS.

8   Q.     AND OTHER PARTS ARE RECOGNIZABLE AS WHAT THEY

9   ARE, EVEN IF THEY ARE SMALL PARTS, AREN'T THEY?

10  A.     WELL, IF THEY ARE ALL THUMB SIZE, THOUGH.  YOU

11  KNOW, YOU ARE GETTING PART OF A NOSE, YOU ARE GETTING

12  PART OF AN EYE.  IT DEPENDS ON HOW THE BREAK IS ALSO.

13  YOU CAN HAVE THINGS THAT ARE BROKEN PERFECTLY SO THAT

14  YOU HAVE THE WHOLE NOSE THERE.  AND THEN THE QUESTION

15  IS, HOW MANY PEOPLE WANT A TERRACOTTA NOSE?  I THINK

16  THERE IS A VERY LIMITED MARKET.

17  Q.     AGAIN, YOU ARE TALKING ABOUT IF -- IF THERE WAS

18  -- ALLOWED TO BE SOLD ON THE MARKET AND IF THAT WAS

19  TRUE, WHAT THIS DIGIT-SIZED PIECE COULD BE SOLD FOR ON

20  THE OPEN MARKET, RIGHT?

21  A.     YES.

22  Q.     BUT WE KNOW THAT THERE IS NO MARKET AND THAT

23  CAN'T BE DONE, CORRECT?

24  A.     CORRECT.

25  Q.     NOW, IF WE ARE LOOKING AT THIS IN TERMS OF YOU

1    KNOW THAT THE INSURED VALUE FOR EXAMPLE, OF THE

2    CAVALRYMAN IS 4-AND-A-HALF MILLION DOLLARS?

3    A.    YES.

4    Q.    AND YOU DON'T HAVE ANY ARGUMENT WITH THAT VALUE

5    FOR THE CAVALRYMAN, DO YOU?

6    A.    NO.

7    Q.    IN FACT, IT MIGHT EVEN BE CONSIDERED LOW, RIGHT?

8    IF IT WAS ABLE TO BE SOLD -- IF A COMPLETE CAVALRYMAN

9    WAS ABLE TO BE SOLD ON THE OPEN MARKET?

10   A.    I WOULD JUST BE GUESSING.

11   Q.    BUT YOU DON'T --

12   A.    I HAVE NOT SEEN THEM, SO I CAN'T -- YOU KNOW.  I

13   HAVE NOT SEEN THOSE OTHER FIGURES TO GO THROUGH THE

14   DETAIL PROCESS TO CHALLENGE OR NOT CHALLENGE THAT

15   OVERALL FIGURE.

16   Q.    SO YOU -- AT THIS POINT --

17   A.    SO I ACCEPT THAT FIGURE.

18   Q.    YOU ACCEPT THE VALUE?

19   A.    SURE.

20   Q.    AND YOU UNDERSTAND THAT THESE WERE VALUED FOR

21   INSURANCE PURPOSES, RIGHT?

22   A.    YES.

23   Q.    AND THE IDEA THAT IS THAT BECAUSE THE INSURANCE

24   COMPANY ACCEPTED THE VALUATION OF THE CAVALRYMAN WHEN

25   THEY AGREED TO INSURE IT FOR 4-AND-A-HALF MILLION

1    DOLLARS, RIGHT?

2    A.      YES.

3    Q.      AND THE FRANKLIN INSTITUTE ACCEPTED THAT

4    VALUATION WHEN THEY AGREED TO PAY INSURANCE PREMIUMS FOR

5    THAT VALUE, CORRECT?

6    A.      CORRECT.

7    Q.      AND MY UNDERSTANDING IS THAT FINE ART POLICIES

8    CAN BE NOT INSIGNIFICANT; IS THAT RIGHT?

9    A.      CORRECT.

10   Q.      SO LET'S TAKE -- THE HYPOTHETICAL HERE IS WE

11   HAVE THE CAVALRYMAN, PERHAPS NOT SO HYPOTHETICAL, AND

12   THE THUMB HAS BEEN BROKEN OFF THE CAVALRYMAN AND IT'S

13   GONE BECAUSE IT HAS BEEN BROKEN OFF AND STOLEN AND AN

14   INSURANCE CLAIM IS MADE FOR THE BROKEN PIECE OF THE

15   CAVALRYMAN, YOU WOULD AGREE WITH THAT

16   THAT'S -- CERTAINLY THE INSURANCE COMPANY WOULD HAVE TO

17   PAY THE VALUE RELATIVE TO THE CAVALRYMAN FOR THAT PIECE,

18   WOULDN'T YOU?

19   A.      IF THAT'S WHAT THEIR POLICY SAYS.

20   Q.      CAN YOU THINK OF ANY ART INSURANCE POLICY THAT

21   WOULD NOT PAY FOR THE LOSS OF A PIECE OF A --

22   A.      YES.

23   Q.      -- OF A SCULPTURE?

24   A.      YES, BECAUSE IN MANY CASES, WHAT THEY ARE DOING

25   IS THEY ARE PAYING FOR THE COST OF RESTORATION.  IT

1    DEPEND ON WHAT THE POLICY STATES.  SO THERE ARE

2    DIFFERENT POLICIES.

3    Q.      WELL, ARE YOU AWARE THAT THE CHINESE GOVERNMENT

4    DOES NOT ALLOW RESTORED PIECES TO BE PUT ON THE ENDS OF

5    THEIR TERRACOTTA WARRIORS AT THIS POINT?

6    A.      I AM NOT FAMILIAR WITH WHAT THE CHINESE

7    GOVERNMENT POLICY IS.

8    Q.      SO LET'S MAKE ANOTHER ASSUMPTION.  WE WILL MAKE

9    THE ASSUMPTION THAT YOU CAN'T JUST RESTORE BY PUTTING A

10   FAKE THUMB ON THE END OF THE CAVALRYMAN WHERE THE THUMB

11   IS BROKEN OFF.  SO IF YOU CAN'T DO THAT, THEN THE

12   INSURANCE COMPANY IS GOING TO HAVE TO PAY FOR THE WORTH

13   OR THE VALUE OF THAT THUMB, CORRECT?

14   A.      IF THAT'S -- AGAIN, IF THAT'S THEIR POLICY.  I

15   DON'T KNOW.

16   Q.      I HAVE ASKED YOU TO ASSUME.  LET'S SAY THAT IS

17   THEIR POLICY.

18   A.      IF THAT'S THEIR POLICY, I WOULD ASSUME THAT'S

19   WHAT THEY WOULD DO.

20   Q.      AND IN LOOKING AT THAT, YOU WOULD LOOK AT WHAT

21   IS THE LOSS OF VALUE TO THE CAVALRYMAN FROM HAVING THAT

22   THUMB MISSING TO DETERMINE WHAT THE THUMB IS WORTH TO

23   THE CAVALRYMAN, CORRECT?

24   A.      YES.

25   Q.      NOW, IN YOUR VIEW, IS WHAT YOU ARE SAYING THAT

1    THAT'S WORTH $130?

2    A.      I THINK -- YOU KNOW, WHEN YOU -- I READ MR.

3    COHN'S REPORT WHERE HE STATED, I DON'T REMEMBER.  YOU

4    CAN TELL ME HOW MUCH WAS THE VALUE HE CAME UP WITH FOR

5    THE RESTORATION?  DO YOU REMEMBER?

6    Q.      WELL, MR. MASON, WE ARE NOT TALKING ABOUT MR.

7    COHN'S REPORT.  I AM ASKING YOU.

8    A.      WELL, THE COST -- PART OF THE COST OF

9    RESTORATION IS THE PROCESS THAT ONE GOES THROUGH AS THE

10   INSTITUTION, BECAUSE YOU HAVE TO PERFORM CERTAIN THINGS

11   AND EVERY INSTITUTION IS DIFFERENT.  SO THERE ARE

12   CERTAIN GUIDELINES WITHIN THE MUSEUM COMMUNITY FOR

13   RESTORATION THAT INVOLVE EXPENSES THAT ARE EXTRANEOUS TO

14   THE ACTUAL REATTACHMENT OF THE THUMB, FOR INSTANCE.

15   Q.      BUT IN THIS CASE, WE ARE SAYING THAT THE

16   THUMB -- THE THUMB HAS BEEN STOLEN.  IT'S GONE.  SO YOU

17   CAN'T --

18                   MS. MACEOIN:  OBJECTION, YOUR HONOR.

19                   MS. NEWTON:  -- REATTACH THE THUMB.

20                   THE COURT:  WHAT IS THE OBJECTION?

21                   MS. MACEOIN:  THE THUMB IS NOT GONE, YOUR

22   HONOR.

23                   THE COURT:  THIS IS A HYPOTHETICAL.

24                   MS. MACEOIN:  CERTAINLY.

25   BY MS. NEWTON:

1    Q.        SO IN THAT CASE, YOU ARE GOING TO LOOK AT WHAT

2    THAT LOSS IN VALUE TO THE CAVALRYMAN IS FOR -- FOR NOW

3    THAT THE THUMB IS MISSING AND GONE, CORRECT?

4    A.        CORRECT.

5    Q.        AND WHAT I ASKED YOU WAS:  IS WHAT YOU ARE

6    SAYING THAT IN THAT SITUATION, THE INSURANCE COMPANY

7    WOULD ONLY HAVE TO PAY $130?

8    A.        NO, I DON'T KNOW WHAT THAT AMOUNT WOULD BE.  I

9    MEAN --

10   Q.        BECAUSE WE ARE LOOKING --

11   A.           -- IT'S A WHOLE PROCESS THAT WOULD BE INVOLVED

12   IN GOING THROUGH TO DETERMINE THAT NUMBER.

13   Q.        AND WE ARE LOOKING --

14   A.        SO I DON'T --

15              THE COURT:  LET HIM FINISH.

16              THE WITNESS:  I DON'T KNOW.

17   BY MS. NEWTON:

18   Q.        AND WE ARE LOOKING AT -- JUST TO MAKE SURE I

19   UNDERSTAND YOUR ANSWER, BECAUSE IN THIS CASE WE ARE

20   LOOKING AT A KNOWN QIN DYNASTY TERRACOTTA WARRIOR,

21   CORRECT?

22   A.        YES.

23   Q.        THERE IS NO QUESTION ABOUT THE AUTHENTICITY OF

24   THIS FIGURE, RIGHT?

25   A.        YES.

1    Q.       WE ARE LOOKING AT A LIFE-SIZE FIGURE FROM THE

2    TOMB OF THE FIRST EMPEROR OF CHINA, RIGHT?

3    A.       RIGHT.

4    Q.       ALL OF THESE THINGS, AS YOU STATED EARLIER,

5    SHOULD BE TAKEN INTO CONSIDERATION WHEN COMING UP WITH

6    THAT VALUE; IS THAT RIGHT?

7    A.       YES.

8             MS. NEWTON:  YOUR HONOR, I HAVE NO

9    FURTHER QUESTIONS.

10            THE COURT:  ANY REDIRECT?

11            MS. MACEOIN:  JUST BRIEFLY, YOUR HONOR.

12            REDIRECT EXAMINATION

13   BY MS. MACEOIN:

14   Q.       MR. MASON, YOU HAVE BEEN ASKED A LOT OF

15   QUESTIONS ABOUT THIS MISSING THUMB --

16   A.       YES.

17   Q.        -- AND INSURANCE PURPOSES, CORRECT?

18   A.       YES.

19   Q.       ARE YOU AWARE THAT THERE'S BEEN NO INSURANCE

20   CLAIM MADE BY THE CHINESE GOVERNMENT?

21   A.       I WAS NOT AWARE.

22   Q.       ALSO, YOU ARE AWARE THE THUMB IS BACK, CORRECT?

23   A.       YES.

24   Q.       IT IS CONTAINED.  YOU HAVE SEEN THE PICTURES,

25   CORRECT?

1    A.        YES.

2    Q.        AND IT HAS BEEN RETURNED TO CHINA?

3    A.        YES.

4    Q.        ALONG WITH THE ORIGINAL TERRACOTTA WARRIOR?

5    A.        THAT'S WHAT I UNDERSTAND.

6    Q.        OKAY.  MS. NEWTON ASKED YOU A LOT ABOUT THE SIZE

7    OF THE COMPARABLES THAT YOU HAVE IN YOUR REPORT.

8    A.        YES.

9    Q.        OKAY.  FOR THE FIRST SECTION OF COMPARABLES THAT

10   YOU HAVE, THESE ARE INTACT ITEMS THAT HAVE BEEN RESTORED

11   OR REPAIRED, CORRECT?

12   A.        CORRECT.

13   Q.        AND AGAIN, THE PURPOSE OF YOUR EVALUATION WAS

14   NOT THE TERRACOTTA WARRIOR AS A WHOLE, CORRECT?

15   A.        CORRECT.

16   Q.        IT WAS FOR THE THUMB?

17   A.        CORRECT.

18   Q.        AND YOUR DETERMINATION OF $1,000 IS BASED ON IF

19   THAT THUMB LANDED IN YOUR OFFICE AND SOMEONE SAID I WANT

20   TO PUT ON THIS MARKET, HOW MUCH COULD I GET FOR IT?

21   A.        RIGHT.  AND TRYING TO FIGURE OUT WHAT WOULD THE

22   MARKET BE, WHO IS LIKELY TO BUY IT, WHAT IS -- WHAT ARE

23   THE IMPEDIMENTS TO SALE, AND WHAT IS THE LIKELY OUTCOME.

24   Q.        AND ALL THOSE ARE WHAT WENT INTO YOUR FINAL

25   DETERMINATION AND YOUR ESTIMATE, YOUR APPRAISAL OF

1      $1,000, CORRECT?

2      A.      YES.

3                  MS. MACEOIN:  I DON'T HAVE ANY OTHER

4      QUESTIONS, YOUR HONOR.

5                  THE COURT:  ANY OTHER QUESTIONS?

6                  MS. NEWTON:  YES, YOUR HONOR.  THANK YOU.

7                  RECROSS EXAMINATION

8      BY MS. NEWTON:

9      Q.      AND IN LOOKING AT THAT AND COMING UP WITH THIS

10     FINAL NUMBER, MR. MASON, YOU ALSO DID SOME OTHER

11     COMPARISONS, DIDN'T YOU?  AS A HISTORICAL CURIOSITY?

12     A.      YES.

13     Q.      SO YOU COMPARED THE THUMB OF THE CAVALRYMAN TO A

14     VIAL OF DIRT FROM YANKEE STADIUM, RIGHT?

15     A.      ONLY IN THE SENSE THAT ONCE YOU REMOVE THE

16     ARTISTRY, ONCE YOU TAKE AWAY THE EXTRAORDINARY

17     IMPORTANCE OF THE FIGURES AS A WHOLE TO THAT ONE SITE,

18     AND YOU START DIVIDING IT UP INTO LITTLE SEGMENTS, THOSE

19     LITTLE SEGMENTS HAVE LOST THE MEANING THAT THAT WHOLE

20     HAS.

21     Q.      SO YOUR ANALOGY WAS A VIAL OF DIRT FROM YANKEE

22     STADIUM IS --

23     A.      I THINK THAT'S INSULTING, BUT FROM MY

24     PERSPECTIVE AS A CHINESE EXPERT, THE ANALOGY TO YANKEE

25     STADIUM IS BECAUSE OF THE PASSIONATE YANKEE FANS THAT

1    ARE OUT THERE THAT WOULD BE VERY OFFENDED CALLING

2    THAT -- YOU KNOW, MAKING THAT KIND OF ASPERSION.  SO

3    IT'S A -- YOU KNOW, TO THEM, THAT'S HALLOWED GROUND.

4                  THIS IS THE SAME KIND OF THING TO THE

5    CHINESE.  THAT IS THE ASSOCIATION THAT I AM MAKING, OF

6    SOMETHING THAT IS -- PEOPLE ARE PASSIONATE ABOUT AS

7    YANKEE SUPPORTERS, WHICH I AM.  AND I AM PASSIONATE

8    ABOUT QIN SHI HUANG'S TOMB.  IT'S AN IMPORTANT PLACE AND

9    TO GO THROUGH AND CHOP IT UP IS OFFENSIVE.

10   Q.      YOU ARE SAYING TO CHOP OFF THE THUMB IS

11   OFFENSIVE?

12   A.      NO.  I AM SAYING THAT THE VALUATION

13   STRATEGY -- I WAS POINTING OUT HOW DIFFICULT THIS IS TO

14   ESTABLISH VALUE ON SMALL PIECES OF THINGS FROM AN

15   ARTICLE THAT IS SUPPOSED TO BE VALUED AS A WHOLE.  THAT

16   IS THE WAY YOU HAVE TO LOOK AT IT.  THAT IS WHY THINGS

17   ARE RESTORED.  THAT'S WHY IT DOESN'T MATTER UP TO A

18   DEGREE HOW MUCH RESTORED MATERIAL IS INTRODUCED, BECAUSE

19   IT IS THE ESSENCE THAT MATTERS OF THE IMPORTANCE OF THIS

20   TO THE CHINESE PEOPLE.

21   Q.      WELL, MR. MASON, ARE YOU AWARE THAT THE CHINESE

22   ARE NOT PERMITTED TO PUT A COMPLETELY NEW THUMB ONTO ONE

23   OF THE TERRACOTTA WARRIORS?

24   A.      WELL, THEY HAVE INTRODUCED OTHER NEW MATERIAL TO

25   OTHER FIGURES BECAUSE -- AND FROM WHAT I CAN TELL ON

1    THIS, CERTAINLY TO THIS FIGURE BASED ON THE IMAGES,

2    BECAUSE OF THE IMPORTANCE OF THE FIGURE OVERALL AS A

3    SYMBOL TO CHINA IS MORE VALUABLE THAN THE INTRODUCTION

4    OF SMALL AMOUNTS OF OTHER MATERIAL --

5    Q.    MR. MASON --

6    A.       -- THAT IS ACCEPTABLE.

7    Q.    MY QUESTION WAS:  ARE YOU AWARE THAT THE CHINESE

8    ARE NOT PERMITTED TO PUT A NEW THUMB ONTO THE

9    CAVALRYMAN?

10            MS. MACEOIN:  OBJECTION, YOUR HONOR.

11   ASKED AND ANSWERED.

12            MS. NEWTON:  I DON'T BELIEVE HE ANSWERED

13   THE QUESTION.

14            THE COURT:  I THINK HE HAS ANSWERED IT

15   PREVIOUSLY.  SUSTAINED.

16   BY MS. NEWTON:

17   Q.    I MEANT NO DISRESPECT TO YANKEE FANS, BUT I AM

18   LOOKING AT YOUR REPORT WHEN YOU ARE COMPARING, IF I

19   UNDERSTAND THIS CORRECTLY, DIRT FROM YANKEE STADIUM --

20            MS. HENRY:  OBJECTION.

21            THE WITNESS:  I MEANT IN A HALLOWED WAY.

22   BY MS. NEWTON:

23   Q.    AND WHEN YOU TALK ABOUT A FRAGMENT OF WALLPAPER

24   FROM THE WHITE HOUSE, IS THAT ALSO IN A HALLOWED WAY?

25   A.    IN A HALLOWED WAY, YES.

1    Q.       AND THE PART OF ONE BRICK -- PART OF ONE BRICK

2    FROM THE GREAT WALL OF CHINA, THAT IS MEANT IN A

3    HALLOWED WAY?

4    A.       ABSOLUTELY, YES.

5    Q.       YOU ARE COMPARING A PART OF ONE BRICK OUT OF

6    MANY, MANY, MANY BRICKS IN THE GREAT WALL OF CHINA,

7    RIGHT, TO -- AND THAT'S THE SAME -- THAT IS CONSIDERED

8    THE SAME TO YOU AS THE THUMB THAT'S MISSING FROM THIS

9    ONE -- CLASS 1 RELIC?

10   A.       NO, THEY ARE DIFFERENT OBJECTS.  THEY ARE IN

11   DIFFERENT LOCATIONS.  THEY HAVE DIFFERENT MEANING.  THE

12   ONE, THE WALL IS SYMBOLIC OF CHINESE TERRITORIAL

13   BOUNDARIES THAT THEY HAVE HELD IN PLACE AT THE EXTREME,

14   YOU KNOW, AGGRESSION BY OTHER COUNTRIES OVER THOUSANDS

15   OF YEARS.  IT IS AN IMPORTANT SYMBOL.

16   Q.       AND YOU ARE --

17   A.       AND TERRACOTTA WARRIORS ARE AN IMPORTANT SYMBOL.

18   JUST LIKE THE WHITE HOUSE IS AN IMPORTANT SYMBOL.

19   Q.       BUT YOUR ANALOGY, MR. MASON, IF I UNDERSTAND YOU

20   CORRECTLY, IS THAT FOR THE THUMB OF THIS ONE CAVALRYMAN,

21   YOU ARE SAYING THAT'S LIKE A PART OF ONE -- A PART OF

22   ONE BRICK FROM THE WHOLE GREAT WALL OF CHINA?

23   A.       MEANING THAT THE WHOLE HAS VALUE THAT IS

24   SYMBOLIC.  THE CAVALRYMEN HAVE A SYMBOLIC MEANING, BUT

25   THEY HAVE AN ARTISTIC MEANING THAT IS OF THE WHOLE, NOT

1   FRAGMENTS TAKEN FROM IT.  WHEN YOU TAKE FRAGMENTS FROM

2   IT, THOSE ENTER INTO THE WORLD OF COLLECTABLES.  THAT IS

3   A DIFFERENT AUDIENCE FROM THE AUDIENCE THAT I WORK WITH

4   AND MY PROFESSIONAL FRIENDS WORK WITH.  I WOULD NOT OWN

5   SOMETHING LIKE THAT.  MUSEUMS WOULD NOT DISPLAY

6   SOMETHING LIKE THAT.  THERE IS NO COMMERCIAL MARKET FOR

7   THINGS LIKE THAT.

8   Q.      SO THERE IS NO MARKET VALUE FOR SOMETHING LIKE

9   THAT?

10  A.      THERE IS A VERY LITTLE MARKET VALUE.

11  Q.      AND THERE IS NO MARKET FOR SOMETHING LIKE THAT,

12  A PIECE THAT COMES FROM ONE OF THE TERRACOTTA WARRIORS,

13  IS THERE?

14  A.      NO, I DON'T THINK SO.

15              MS. NEWTON:  NO MORE QUESTIONS, YOUR

16  HONOR.

17              MS. MACEOIN:  I HAVE NO FURTHER

18  QUESTIONS, YOUR HONOR.

19              THE COURT:  THANK YOU, SIR.  YOU MAY STEP

20  DOWN.  WE'RE GOING TO TAKE A RECESS.

21              (WITNESS EXCUSED.)

22              (JURY OUT.)

23              THE COURT:  WE ARE GOING TO TAKE A

24  TEN-MINUTE RECESS.

25              (RECESS TAKEN.)